# **Exhibit 1**

FEARON, Roger



# THE WESTMOOR CLUB
### nantucket

Regular
$125K level

# Membership Application

WPB 756385.4
3/19/04

10 August 2004

# Membership Application

Club Member Account Number: _____

Request is hereby made by the undersigned applicant for membership in The Westmoor Club ("Club"). The undersigned has read and understands the Membership Plan and the attached Terms and Conditions.

APPLICANT: __FEARON_____ __REGEN_____ __H._____
              LAST                FIRST              MIDDLE

Home Address: ███████████████████████  DALLAS TX 75220 _____

Telephone Number: ████████ 7880 _____  SS#: ████████████

E-mail Address: __REGENH@AOL.COM_____  Date of Birth: ████████

SPOUSE/DOMESTIC COMPANION: __FEARON_____ __JEFFREY_____ __A._____
                              LAST              FIRST              MIDDLE

SS#: ████████████  Date of Birth: ████████

Children and grandchildren under the age of 35 who do not own a home on Nantucket Island may be issued a membership card with charging privileges (proof of age required). No other relatives are eligible to be included in the membership.

| (Date of Birth) | LAST | FIRST | MIDDLE |
|---|---|---|---|
| ████ | PILLSBURY | SAMANTHA | — |
| ████ | FEARON | FIONA | — |
| ████ | FEARON | SABRINA | — |

REFERENCES

1. List memberships in other clubs

| CLUB NAME | ADDRESS | TELEPHONE |
|---|---|---|
| NANTUCKET YACHT CLUB | S. WATER ST. | 508 228 1400 |
| COOPER AEROBICS CENTER | 12100 PRESTON RD  DALLAS, TX 75230 | 972 233 4832 |
|  |  |  |

2. List two social references other than family or business associates

| NAME | ADDRESS | TELEPHONE |
|---|---|---|
| STEWART: MICHELLE THOMAS | ████ DALLAS, TX 75209 | ████ 5050 |
| THE HON. JEANNE & DAVID PHILLIPS | ████ DALLAS, TX 75209 | ████ 4512 |

WPB 756385.4
3/19/04

Applicant's Company Name: NA

Applicant's Company Address: NA                                      ☐ Retired

Type of Business: _____ Occupation: _____ Title: _____

Business Telephone: (   ) _____ Business Fax: (   ) _____

Please CHECK the appropriate box below for correct mailing instruction if other than Local Address:

☒ Mail my BILLS to:                              ☐ Mail my NEWSLETTER to:

Dr. & Mrs. Jeff Fealop                           

▓▓▓▓▓▓▓▓▓▓▓▓▓                                    ▓▓▓▓▓▓▓▓▓▓▓▓▓

Dallas TX 75220                                  Dallas, TX 75220

**TYPE OF MEMBERSHIP** (Please check category of membership for which you are applying):

RESIDENT MEMBERSHIP ☐                            REGULAR MEMBERSHIP ☒
(Year-round residents of Nantucket only. Qualification for
such membership shall be at the discretion of
The Westmoor Club.)

The undersigned Applicant desires to acquire a membership in the Club and agrees to pay The Westmoor Club, LLC, a Massachusetts limited liability company, the Membership Deposit as follows:

[Check the appropriate box for the payment option selected]

1. ☐ **Resident Members** should submit payment of $68,000 with this Membership Application. The Club will notify the Applicant of its approval for membership.

2. ☒ **Regular Members** should submit an earnest money deposit of $25,000 with this Membership Application. The Club shall notify Applicant of its approval for membership, the then current value of Regular Memberships, and the balance due.

*Checks should be made out to: The Westmoor Club LLC*

Applicant acknowledges receipt of the Membership Plan, the attached Terms and Conditions and agrees to be bound by all of their respective terms and conditions, as they may be amended from time to time. Dues, fees and charges are subject to applicable State of Massachusetts taxes. Membership Deposits, fees, dues, use and facility fees are subject to change without notice.

If Applicant is married, both Applicant and Spouse must sign below, agreeing that they shall be jointly and severally liable for all dues, charges and other amounts from time to time owing to the Club, including all charges incurred by family members listed on this Application and their guests.

_[signature]_                                    Date: 1 August 2004
Applicant Signature
_[signature]_                                    Date: 1 August 2004
Spouse Signature

This Membership Agreement shall not be binding upon the Club until the acceptance below is signed.

APPROVED AND ACCEPTED:
The Westmoor Club, LLC
BY: _[signature]_                                DATE: 14 August 2004
Print: Peter D. Hicks
Title: Director of Membership

23 Cliff Road          ▓▓▓▓▓▓  5222

WPB 756385.4
3/19/04

## Terms and Conditions of Application and Membership

A. This Application shall entitle the Applicant to apply for Club membership privileges provided by the Club after Applicant is approved and accepted by the Club. This Application will not be acted upon unless fully completed, executed and accompanied by a check for payment of the Membership Deposit then due. The Applicant understands that this Membership Application is irrevocable after membership is approved and the Applicant sends to the Club all membership fees.

B. Applicant acknowledges receipt of and agrees, by execution of this Membership Application, upon acceptance of application by the Club, to be bound by the Membership Plan, as amended from time to time. Membership is subject to suspension or termination for failure to abide by membership conditions. Applicant further acknowledges and agrees to be responsible for all charges incurred which shall be due and payable no later than 30 days from the date of the monthly statement. All costs and expenses incurred by the Club in the collection of any amounts not paid when due, including, but not limited to court costs, collection fees and attorney's fees, whether at the trial level or on appeal, shall be charged to Applicant, and shall be due and payable upon demand.

C. Applicant acknowledges that a member only acquires a revocable license to use the Club Facilities in accordance with the Membership Plan and the privileges associated with the membership acquired. The Club reserves the right, at any time or from time to time, in its sole and absolute discretion, to reserve memberships, to discontinue operation of any of the Club Facilities, to sell or otherwise dispose of the Club Facilities in any manner whatsoever (subject to the Membership Documents), to terminate any types of membership, and to make any other changes in the terms and conditions of membership or facilities available for use by members.

D. Applicant covenants and agrees to indemnify and hold harmless WCM and the Club and their members, partners, shareholders, directors, officers, employees, representatives, affiliates and agents in accordance with the provisions of any applicable rules and regulations of the Club.

E. Applicant acknowledges that use of the Club Facilities may be restricted from time to time based on events, maintenance and other causes.

F. Upon signing this Application, Applicant authorizes the disclosure and release of information to the Club for investigating Applicant's qualifications for membership, and authorizes all persons or entities mentioned above to furnish information to the Club. Applicant agrees that all information and communications received by the Club in connection with this Application are privileged, confidential and not subject to disclosure to Applicant or to any other person other than authorized Club personnel. Applicant agrees never to make demand on the Club or any other person to disclose any of the information or communications to Applicant, and Applicant releases WCM and the Club, and their members, partners, officers, directors, shareholders, employees, representatives, affiliates and agents and any person providing information or communications from any liability in connection therewith.

G. Applicant acknowledges that the Club hereby promises to repay to Regular Members 80% and Resident Members 64% of the Membership Deposit currently in effect for that category of membership on the date of resignation, without interest, 30 days after the resignation and resale of the membership, as provided for in the Membership Plan. If at the end of the 30-years from the date of admission to the Club Applicant is still a member of the Club, Applicant may elect to either resign or continue the membership by notifying the Club of that election in writing. If Applicant resigns after the 30-year period, the Membership Deposit originally paid by Applicant will be repaid to Applicant within 30 days after such resignation regardless of when the membership is actually resold by the Club. If Applicant elects to continue the membership, Applicant must leave the Membership Deposit with the Club until Applicant subsequently resigns from the Club. Upon such subsequent resignation, the Club will repay to Regular Members 80% and Resident Members 64% of the Membership Deposit charged for that category of membership on the date of resignation, without interest, 30 days after the resignation and resale of the membership, as set forth above.

H. Resignation is permitted only in accordance with the Membership Plan. Applicant acknowledges that the Membership Deposit and all other amounts must be paid in full prior to resignation of the membership. The member's use privileges will continue until the membership terminates under the terms of the Membership Plan and the member must continue paying all dues and other charges required until membership terminates.

I. Any interest earned on the Membership Deposit shall be the property of the Club. The Membership Deposit may be refunded at any time at the sole discretion of the Club without penalty or premium. The right of Applicant to receive repayment of the Membership Deposit without interest is not transferable or negotiable.

J. The Membership Deposit is also security for the payment of dues and charges incurred by Applicant and all amounts due to the Club which remain unpaid on the date of repayment of the Membership Deposit shall be deducted from the Membership Deposit.

WPB 756385.4
3/19/04

For Fearon, Regen - Same check as for Routman, Lizzie

---

For Regen Fearon - Regular and
Elizabeth Routman - Regular

**S. ROGER HORCHOW, TRUSTEE**
5722 CHATHAM HILL ROAD
DALLAS, TEXAS 75225
PH. 214-692-1954

SIGNATURE BANK
DALLAS, TX 75248
32-1779-1110

12135

7/30/04

PAY TO THE ORDER OF  Westmoor Club, LLC

Fifty Thousand and 00/100***********************************************************

DATE

****50,000.00
AMOUNT

SMHorchow

```
                                                                                    12211
S. ROGER HORCHOW, TRUSTEE              SIGNATURE BANK
     5722 CHATHAM HILL ROAD            DALLAS, TX 75248
       DALLAS, TEXAS 75225             32-1779-1110
        PH. 214-692-1954                                               9/10/04

PAY       The Westmoor Club                                            ***200,000.00
TO THE                                              DATE               AMOUNT
ORDER OF
       Two hundred thousand and 00/100*********************************************

       The Westmoor Club
       10 Westmoor Lane
       Nantucket, MA 02554

                                                   _S. Roger Horchow_        NP
```

August 15, 2004

Dr. and Mrs. Jeffery Fearon

Dallas, TX 75220

Dear Regen and Jeffrey:

We are delighted to inform you that your application for a Regular Membership has been accepted. We look forward to joining with you to build a truly special club on Nantucket. We offer the following update for your review.

We are very gratified by interest in the club. Over the past six weeks we have received approximately 235 membership applications. Prospective members are responding to the club for a variety of reasons – dining and guest rooms, tennis and other sports, the fitness center/spa, children's activities, and yachting opportunities on our classic motor yachts or sports fishing boat. A common thread is their interest in becoming part of a community of active, collegial, and interesting people who treasure their time on Nantucket.

Importantly, major permitting has been completed. The club has received approvals from the Planning Board, the Conservation Commission and the Historic District Commission. The club's architectural and landscaping plans continue to evolve and improve. We look forward to showing you the latest designs and renderings over the summer.

We have purchased all the property we need for the club and have opened a membership office in the clubhouse. In addition, we have hired a Director of Membership Services, Peter Hicks, so please feel free to call Peter if he can be of any help or stop by the club for tours and more information. That office will also produce a club newsletter with all of the latest developments.

As promised we have been reviewing applications in the order in which they were received. The amount of a Regular Membership at the time we received your application was $125,000. We have a deposit from you of $25,000. Please forward the balance of your Membership Deposit within 14 days.

\* \* \* \* \* \* \* \* \* \* \* \* \*

If you have any questions or if we can help in any way, please don't hesitate to call. Thanks again for your confidence and we look forward to speaking with you very soon.

Sincerely,


J. Graham Goldsmith                                    Alan J. Worden
President                                              Vice President