# **Exhibit 2**



# The Westmoor Club
nantucket

# Membership Plan

Effective Date:  January 15, 2019

# THE WESTMOOR CLUB
# MEMBERSHIP PLAN

**Memberships in The Westmoor Club.**

This Membership Plan describes the membership opportunities offered by The Westmoor Club (the "Club").  The Club provides members and their guests with use of recreational and social facilities located on Nantucket Island, Massachusetts.

**Individuals desiring to acquire memberships in the Club should read this Membership Plan carefully.**

Individuals who desire to apply for a membership in the Club should carefully read this Membership Plan.

**Rely only on information in this Membership Plan and the referenced documents.**

Any representation regarding the Club or memberships in the Club not contained in this Membership Plan or the other documents referenced herein (collectively the "Membership Documents") should not be relied upon.

**Offering of memberships.**

Memberships will be offered only to approved applicants.  A person interested in membership will submit a fully completed and signed Membership Application and the required Membership Deposit.  A personal interview may also be required.

**Inquiries regarding membership may be made to the Club.**

All inquiries regarding memberships in the Club may be made by contacting the Club by phone at 508-228-9494 or by email at info@thewestmoorclub.com.

WPB 754541.8

# TABLE OF CONTENTS

Page

THE WESTMOOR CLUB MEMBERSHIP PLAN ................................................................... i

GENERAL DESCRIPTION OF MEMBERSHIP PLAN ........................................................... 1

CLUB FACILITIES ..................................................................................................................... 1

MEMBERSHIPS .......................................................................................................................... 2

      A.      Memberships Generally ...................................................................................... 2

      B.      Membership Privileges ....................................................................................... 2

      C.      Membership Deposit .......................................................................................... 5

      D.      Resignation and Transfer of Membership .......................................................... 5

      E.      Dues and Charges ............................................................................................... 8

USE OF CLUB FACILITIES ...................................................................................................... 9

BOARD OF GOVERNORS ........................................................................................................ 9

CLUB OPERATIONS ................................................................................................................. 9

ACKNOWLEDGMENT OF MEMBERSHIP RIGHTS ............................................................. 9

DISPOSITION OF CLUB FACILITIES AND PROGRAM CHANGES ................................ 10

DISCIPLINE .............................................................................................................................. 10

## GENERAL DESCRIPTION OF MEMBERSHIP PLAN

**Ownership and Operation.**

The Westmoor Club, LLC, a Massachusetts limited liability company ("Westmoor"), has implemented the membership program described in this Membership Plan. The club facilities and land are, owned and maintained by Westmoor. The Club is operated and managed by Westmoor Club Management, LLC, a Massachusetts limited liability company ("WCM"). The privileges of membership are described in this Membership Plan, as amended from time to time.

## CLUB FACILITIES

**Club Facilities.**

The Club Facilities include the following:

- Clubhouse offering indoor and outdoor dining, a bar, card room, offices, and seven (7) guest rooms available for members and their approved guests.

- A Fitness Center consisting of approximately 18,000 square feet with fitness rooms and equipment, men's and women's locker rooms with steam and sauna facilities, two squash courts, a large multi-purpose room, and spa facilities offering facials and massage, whirlpool, and eight treatment rooms. The Club offers yoga, Pilates and aerobics classes and personal trainers.

- Snack bar

- Pro shop

- Two (2) bath houses

- Thirteen (13) tennis courts

- Multi-lane pool, adult pool, outdoor spa and children's pool

- Putting green

- Children's playground and soccer field

- Two (2) paddle courts

- Two (2) croquet courts

- Classic motor yacht and sport fishing boat

The facilities described above are referred to in the Membership Documents as the "Club Facilities." The Club may provide additional Club Facilities in its sole discretion.

**Availability of Club Facilities.**

The Club Facilities will be open and available for use by all Members between May and October with limited Clubhouse activities scheduled from October until January 1st.  The Fitness Center, squash courts and paddle tennis courts will be open all year.  The tennis courts will be open from early Spring and into the late Fall, weather permitting.  Boating will be available on a seasonal basis.

## MEMBERSHIPS

### A.    Memberships Generally

**Eligibility for membership.**

Memberships will be available to individuals approved for membership, who make non-interest bearing refundable Membership Deposits to the Club and pay any then required dues and fees. Each prospective member will submit a Membership Application which must be reviewed by the Club.  A personal interview may also be required.  The Club will make the final determination whether to offer membership to an applicant.  The number of memberships will be limited, so membership is subject to availability.

Membership criteria will include, but will not be limited to, character, general reputation, personal characteristics, involvement in Nantucket community activities, business reputation and financial condition.  The Club may turn down an individual for any reason permitted by law.  The Club shall not discriminate on the basis of race, color, religion, gender, national origin, disability, age or marital status in the approval of applicants.

If the Club determines to offer membership to an individual, the Club will notify the individual in writing of the acceptance. If the individual is rejected, the Club will so notify the individual.  The Club need not state the reason for the rejection, nor is the Club required to make a determination on any particular individual.

**Members agree to be bound by the terms and conditions of the Membership Plan.**

If approved for membership, the member, by submitting a signed Membership Application, agrees to be bound by the terms and conditions of the Membership Plan, as it may be modified from time to time.

### B.    Membership Privileges

**Categories of Membership.**

The Club initially offered three categories of membership: Founder, Resident, and Regular (collectively the "Full Memberships").  Founder Memberships were issued in accordance with Westmoor's Founder Member Private Placement Memorandum (the "Founder PPM") and are no longer available. Resident Memberships are no longer available. Regular Memberships are issued in accordance with this Membership Plan.  All Members will have full use privileges for the Member and his or her family as described below.

WPB 754541.8                                              2

**A Membership is for an Individual.**

Memberships may only be owned individually. Memberships in other forms of ownership or other types of memberships may be offered in the future at the Club's discretion.

**Membership Limit.**

The total number of Full Memberships shall not exceed 580, as determined by approvals obtained from the Town of Nantucket.

**Founder Memberships.**

Founder Memberships are no longer being offered by the Club.

Founder Membership includes a "First Membership" and "Second Membership". The privileges and obligations of Founder Membership are more fully described in the Founder PPM.

Founder Members enjoy benefits not available to Resident or Regular Members, such as recognition on plaques in a designated area of the Clubhouse, annual Founder Member dinner and other special events, and advance sign-up privileges for special events, guest rooms and amenities that require advance sign up.

**Resident Memberships.**

Resident Memberships are no longer being offered by the Club. Any resigned Resident Memberships will be reissued as Regular Memberships. Resident Members will have full use privileges to the Club Facilities, subject to the priority reservation rights of the Founder Members.

**Regular Memberships.**

Resigned Founder and Resident Memberships will be reissued as Regular Memberships. Regular Members will have full use privileges of the Club Facilities, subject to the priority reservation rights of the Founder Members.

**Legacy Memberships.** The Club may, from time to time, offer Legacy Memberships to the children and grandchildren of Members through a Legacy Program, the terms and conditions of which will be determined by the Club in its sole discretion. Legacy Memberships will count toward the limit on Full Memberships. Resigned Legacy Memberships may be reissued as Regular or Legacy Memberships in the Club's discretion and will be included in the Regular Membership resale list.

**Honorary Memberships.**

The Club may issue a limited number of Honorary Memberships. The Club will determine the terms and conditions of Honorary Membership from time to time at its discretion, including whether or not a Membership Deposit, dues and other fees will be paid. An Honorary Membership does not entitle the Member to any proprietary or ownership interest in the Club or the Club Facilities. Honorary Memberships are not assignable or transferable. The Club may, at any time,

terminate an Honorary Membership and may or may not issue a replacement Honorary Membership to another person, without payment of any fee. Honorary Memberships shall not count toward the membership limit.

**Other Memberships.**

The Club reserves the right to issue annual, seasonal (such as "Winter Memberships" discussed below), and other types of memberships from time to time. Such memberships, if issued, will be entitled to such privileges and subject to the payment of such dues, membership fees and other fees and charges, and such other terms and conditions as may be established by the Club from time to time.

**Winter Memberships are Seasonal Memberships.**

The Club may offer up to 300 Winter Memberships available only for full-time residents of Nantucket Island as determined by the Club for use of certain Club Facilities. Winter Members will have privileges to use the Fitness Center, paddle courts and squash courts from mid-October through mid-May, upon payment of dues and charges as determined by the Club from time to time. Winter Memberships are available only as seasonal memberships on an annual basis with renewal at the Club's sole discretion.

**Use privileges for Family Members.**

A membership provides use privileges to the following "Family Members": (i) the spouse of a married member; (ii) an unmarried member's "Domestic Companion"; and (iii) the member's children or grandchildren under 35 years of age who do not own a home on Nantucket Island. Family Members will not pay guest fees.

A "Domestic Companion" is an individual who permanently resides with an unmarried member and who has been designated by the member as such in an agreement with the Club. Such a designation may be permitted annually, in the Club's discretion, upon application, approval and payment of any applicable fees. A Domestic Companion may be changed only once during any calendar year. The Club may terminate the privileges of any or all Domestic Companions in its discretion.

A Member's adult children and grandchildren who are 35 years of age or older or children and grandchildren of any age who own a home on Nantucket Island ("Adult Children") will have a maximum of two (2) weeks per membership year of use privileges at the Club. A Member's Adult Children must apply for membership and become members in their own right to have use privileges at the Club other than as guests of Members, and subject to applicable guest fees.

All other individuals will be treated as guests, subject to the same rules, regulations and fees as other guests.

**Guest use of the Club Facilities will be restricted.**

Members in good standing are entitled to have guests use the Club Facilities subject to availability of the Club Facilities and in accordance with the Club's Rules and Regulations and upon payment of applicable guest fees and charges as may be charged from time to time.

Guests must be registered by the sponsoring member with the Club. The Club reserves the right to require identification by each guest. The sponsoring member is responsible for all charges incurred by guests and for the deportment of, and any damages caused by, guests. Guests are not permitted to have guests.

Guest privileges may be denied, withdrawn or revoked at any time for reasons considered sufficient by the Club in its sole and absolute discretion.

### C.      Membership Deposit

**A Membership Deposit is required to acquire a membership.**

A person offered a membership must pay a Membership Deposit and dues. The amount of the Membership Deposit and the terms for payment will be set forth in the individual's Membership Application. The Membership Deposit and dues will be determined from time to time in the sole discretion of the Club. Membership Deposits and other amounts paid to the Club are the property of the Club and may be used for any purpose determined appropriate by the Club.

**Tax consequences of acquiring a membership.**

The Club makes no representations and expresses no opinion regarding the federal or state income tax consequences of acquiring a membership or repaying the Membership Deposit without interest.

All members acquire their memberships subject to all applicable tax laws as they may exist from time to time. Certain provisions of the Internal Revenue Code impute interest income to a lender with respect to a non-interest bearing loan. It does not appear that these provisions currently apply to the memberships offered by the Club. The Internal Revenue Service may, in the future, issue regulations which might impute interest income to a membership after the effective date of the regulations. Members should consult with their own tax advisers with respect to the tax consequences of paying the Membership Deposit and the Club's non-interest bearing obligation to repay the Membership Deposit in accordance with this Membership Plan.

### D.      Resignation and Transfer of Membership

**Resignation of Membership.**

A Member who desires to resign his or her membership must give the Club written notice that the membership is resigned. Resigned memberships will be placed on a waiting list for resale in the order in which written notice of an effective resignation is received at the Club; provided, however, the memberships of deceased members and Founder Members will have priority over other resigned members. Members wishing to resign will be responsible for full dues and will continue to have privileges until the end of the membership year in which the membership is resold.

No resignation will be effective until the total Membership Deposit is paid in full and all unpaid fees, Club accounts, dues or other amounts owed to the Club are paid in full. Until all such amounts are paid in full, the membership will not be deemed resigned or assigned a position on the waiting list for resale and will not be eligible for any type of transfer or refund of any portion of the Membership Deposit. Resales, transfers and refunds will be made only in accordance with the procedures set forth in this Membership Plan. Any other attempted resale or transfer shall be of no effect. In the event of a resignation or transfer of a membership pursuant to this Membership Plan, the receipt by a Member of the applicable refund of the Membership Deposit as described herein shall constitute and be a full and unconditional release of any and all liability the Club may have to the Member and his or her Family Members.

**The Membership Deposit of one resigned membership will be refunded for every six memberships sold by the Club.**

At any time that a membership category is not at capacity, as determined by the Club, the Membership Deposit of one resigned membership (from the top of the resale list in that category) will be refunded for every six memberships in that category enrolled by the Club. At any time that a membership category is at capacity, the Membership Deposit of the resigned membership at the top of the resale list will be refunded as each new membership in that category is enrolled. Notwithstanding the foregoing, Founder Memberships and memberships of deceased Members will have priority over all other resigned memberships, and memberships of deceased Members will have priority over Founder Memberships. Each new purchaser of a membership must be approved for membership by the Club and must pay the required amount of the then-current Membership Deposit and dues.

The required amount of the Membership Deposit will be provided in the individual's Membership Application and may be reduced in the Club's discretion such as for a member joining through the Legacy Program.

**Repayment of Membership Deposit.**

Unless otherwise provided in the Terms and Conditions of a Member's Membership Application, the Club will repay (a) to a Founder Member or Regular Member, eighty percent (80%) of the Membership Deposit charged for a Regular Membership on the date of resale, (b) to a Resident Member, sixty-four (64%) of the Membership Deposit charged for a Regular Membership on the date of resale, and (c) to a Legacy Member, 40% of the Membership Deposit charged for a Regular Membership on the date of resale, in any case, without interest, 30 days after the resale of the membership, as set forth above. The Club will deduct from the amount to be paid to the resigned Member any amount which the Member owes to the Club.

If the Member is still a member of the Club at the end of thirty (30) years from the date of admission to the Club, the Member may elect to either resign or continue the membership by notifying the Club of that election in writing. If the Member elects to resign, the Membership Deposit originally paid by the Member will be repaid to the Member within thirty (30) days after the Member's resignation, regardless of whether the membership is actually resold by the Club. If a Member

elects to continue the membership, the Member must leave the Membership Deposit with the Club until he or she subsequently resigns. Upon such subsequent resignation and unless otherwise provided in the Terms and Conditions of a Member's Membership Application, the Club will repay (a) to a Founder Member or Regular Member, eighty percent (80%) of the Membership Deposit charged for a Regular Membership on the date of resale, (b) to a Resident Member, sixty-four percent (64%) of the Membership Deposit charged for a Regular Membership on the date of resale, and (c) to a Legacy Member, 40% of the Membership Deposit charged for a Regular Membership on the date of resale, in any case, without interest, thirty (30) days after the resignation and resale of the membership, as set forth above.

**Transfer of Membership to Spouse.**

A Member may transfer the membership to his or her spouse. Such transfer may be made either during the Member's lifetime or upon his or her death. The proposed transferee must apply and be approved for membership. No additional Membership Deposit will be required, but the Club reserves the right to charge a transfer fee to process the transfer. The transferee will thereafter inherit all the privileges of membership and will be responsible for all membership obligations. Upon the transfer of the membership, all rights and obligations of the membership shall be transferred to the spouse, including, but not limited to, the right to resign the membership and the Club's obligation to refund the Membership Deposit pursuant to the terms of the Membership Plan.

In the event a membership is transferred to a spouse due to the death of a Member, and such spouse elects not to accept the membership, the membership will be placed at the top of the Reissuance List and accordingly will receive priority for a refund of the Membership Deposit. No transfer fee will be charged in the case of a transfer due to death.

Such right to transfer may be exercised only by the original Member, only once per membership and only while the membership is in good standing. A membership which has been transferred to a spouse will be deemed resigned upon the resignation or death of such transferee.

**Separation and divorce.**

In the event of separation, only the Member designated on the Membership Application will have the privileges of membership. In the case of divorce of a married Member, the membership shall belong to the spouse designated on the Membership Application as the Member unless otherwise provided by agreement between the parties or by court order. If the membership is awarded to the non-member spouse by settlement agreement or court order, the non-member spouse must apply and be approved for membership by the Club. In the event the non-member spouse is not approved for membership, the membership will be deemed resigned.

**Termination of Domestic Companion.**

A Member may terminate the privileges of a Domestic Companion by notifying the Club in writing.

WPB 754541.8                              7

**The Club will not become involved in disputes.**

The Club will not become involved in disputes regarding any membership in the Club. In the case of such disputes, the Club may (but will not be required to) at any time, at its discretion, suspend all of the privileges associated with the membership in question until the dispute is resolved and the Club receives evidence, satisfactory to it, of the resolution of the dispute. During the dispute, all dues and charges must continue to be paid. Failure to pay all dues and charges may result in forfeiture of the membership. The Club may require any evidence it deems necessary to determine eligibility for use privileges and may terminate the use privileges of any person in order to prevent abuses of the intent of this Membership Plan.

**Pledge of membership not allowed.**

A Member may not assign, pledge or use his or her membership as collateral for a loan or any obligation.

### E.    Dues and Charges

**The membership year of the Club is January 1 to December 31.**

The Club's membership year commences January 1 and ends on December 31.

**Dues, fees and charges are set prior to each membership year.**

Each year the Club will determine, the amount of dues for each category of membership, fees and other charges to be paid by members. The dues may include reserves for anticipated repairs to and replacements of the Club Facilities and the payment of market-rate management fees to WCM or a third-party manager. The dues will be determined on the basis that the Club is expected to operate at "break even", without any operating profit to either Westmoor or WCM from Club operations.

**Payment of dues.**

The schedule for the payment of dues will be determined by the Club from time to time. Dues are currently due and payable annually, in advance. If a Member joins the Club after June 1, dues will be prorated based upon the number of days from June 1 remaining in the year at the time the member joins. Use charges and other service fees will be billed monthly. A resigned Member must continue to pay all dues and other amounts required of members through the end of the membership year in which the membership is resold. There will be no refund of prepaid dues. Inactive status is not permitted, except in hardship cases approved by the Club.

**No assessments.**

Members are not subject to any operating or capital assessments. The payment of dues, fees, use taxes, service charges, personal and other charges, as the Club may establish from time to time in its sole and absolute discretion, is required to acquire and maintain membership privileges, and is not a capital or operating assessment.

**Delinquencies.**

Members' accounts are payable upon billing. Those Members whose accounts are not paid within 30 days of billing shall be considered delinquent. Late charges may be imposed. Each Member shall provide the Club with the number of a major credit card issued to the Member and authorization for the Club to charge any delinquent accounts to that credit card. The Club may also suspend and/or terminate the membership of any Member whose account is delinquent for 60 days or if the Club's attempt to charge the delinquent amount to the Member's credit card is rejected. Termination will occur 60 days from the Club's mailing of notice of the Club's intention to terminate. Upon termination, the Club may offset the Membership Deposit and/or take any action to collect outstanding amounts. The Member shall be responsible for all collection and associated legal costs.

## USE OF CLUB FACILITIES

**Westmoor and WCM will have the right to use the Club Facilities.**

Westmoor, WCM and their agents have the right to use the Club Facilities to entertain prospective membership purchasers, whether or not accompanied by a representative.

**Private Parties.**

Members may schedule private parties at the Club. The sponsoring Member will obtain approval from, and make reservations with, the Club prior to any party. The Member of the Club sponsoring the private party will be responsible for all costs of the party and any damage caused.

## ADVISORY BOARD

**Advisory Board.**

The Club will appoint an Advisory Board to represent the interests of the Members. The Advisory Board shall seek input from Members, advocate Members' interests and shall serve in an advisory capacity. The Advisory Board will not become involved in the management or operation of the Club.

## CLUB OPERATIONS

**Management of the Club Facilities.**

WCM and its agents will be solely responsible for the management and operation of the Club Facilities and will be advised by the Board of Governors on various matters from time to time.

## ACKNOWLEDGMENT OF MEMBERSHIP RIGHTS

**Acknowledgment of Membership Rights.**

Membership in the Club grants to the Member a revocable license to use the Club Facilities, but does not give a Member a vested or prescriptive right or easement to use the Club Facilities.

Membership in the Club is not an investment in the Club and does not provide the Member with an equity or ownership interest or any other property interest in the Club or the Club Facilities. Members of the Club will not be entitled to vote on Club matters other than the election of the Board of Governors.

**The Club may modify the Membership Documents.**

The Club reserves the right, from time to time, to modify use privileges and to establish rules governing the Club Facilities. All use privileges will be subject to the Club Rules and Regulations and the other Membership Documents, all of which may be changed from time to time by the Club.

**Memberships are offered for recreational, not investment purposes.**

Memberships are offered exclusively to permit a person acquiring a membership to obtain recreational and social use of the Club Facilities. Membership should not be viewed or acquired as an investment and no person acquiring a membership should expect to derive any economic benefits or profits from the membership. This Membership Plan has not been reviewed or endorsed by any federal or state governmental authority.

## DISPOSITION OF CLUB FACILITIES AND PROGRAM CHANGES

**Westmoor and WCM retain the right to modify the Club Facilities or to sell or otherwise dispose of the Club Facilities.**

Westmoor and WCM retain the right to modify the Club Facilities and to sell or otherwise dispose of the Club Facilities, subject to the terms of the Membership Documents. Westmoor and WCM retain the right to make changes to the Membership Documents.

## DISCIPLINE

**Improper conduct.**

Any Member whose conduct shall be deemed by the Club, in its sole judgment, to be improper or likely to endanger the safety, harmony or good reputation of the Club or of its members, may be reprimanded, fined, restricted from using certain Club Facilities, suspended or expelled from the Club. The Club has implemented a zero tolerance policy for inappropriate sexual advances, verbal or physical abuse of Members, staff or guests and any threatening behavior or statements. Other examples of improper conduct include, but are not limited to, the following: (i) submission of false information on a Membership Application, (ii) use of a membership card by any person other than the Member, (iii) delinquency in the payment of any portion of the Membership Deposit, dues, fees, service charges or other amounts due to the Club, (iv) exhibition of unsatisfactory deportment or appearance, and (v) failure to abide by any other term or condition in the Membership Documents, as amended from time to time. The Club reserves the right to discipline a Member, and a Member's Family Members, or guest, in accordance herewith, for any other cause deemed sufficient by the Club.

In addition to their own conduct, Members are responsible for the conduct of their Family Members, and guests. The Club may reprimand, fine, restrict, suspend or expel a Member, if the

Club determines that the conduct of such Member's Family Member, or guest is improper. The Club may also restrict, suspend or terminate some or all of the use privileges of such Family Member, or guest.

**Notification of proposed action.**

Any Member against whom disciplinary action is being considered will be notified either verbally or in writing of any proposed action and will be given an opportunity to be heard by the Club to show cause why he or she should not be disciplined. If the Member desires to be heard, the member must provide a written request for a hearing to the Club within fifteen (15) days of the date of the Club's notice to the Member of the proposed action. Upon the Club's receipt of the written request for a hearing, the Club will set a time and date not less than ten (10) days thereafter for such hearing. While the Club is considering the complaint, the Member must continue paying dues, fees and any other charges due to the Club and will continue to enjoy use privileges of the Club Facilities. However, Members accused of conduct for which a zero tolerance policy is in effect may have their privileges immediately suspended. There is no requirement that a Member receive a warning prior to disciplinary action. Family Member and guest privileges may be terminated without prior notice or a hearing.

**Dues, fees and charges will accrue and must be paid in full prior to reinstatement.**

During any restriction or suspension, all dues, fees, and charges will continue to accrue and must be paid in full prior to a disciplined Member being reinstated as a Member in good standing.

**Expulsion from the Club.**

Upon the expulsion of a Member, the Member will forfeit the membership and will not be entitled to any refund of his or her Membership Deposit unless the Club determines, in its sole discretion, that refund of some portion of the Membership Deposit is appropriate.