## **Exhibit 5**

| | |
|---|---|
| **From:** | John Cowden |
| **To:** | Regen Horchow |
| **Cc:** | Kitty Goldsmith |
| **Subject:** | RE: F007 Membership |
| **Date:** | Friday, July 22, 2022 8:32:54 AM |

Ms. Horchow,

I received your message and follow up emails.  Let me begin by stating, I am sorry that you are frustrated by the situation.  However, it is not as simple as you set forth below.  As I previously stated, the Club will <u>not</u> become involved in disputes regarding any membership in the Club.  If we make the change that you request without a signed agreement between you and Mr. Fearon or a court order, the Club is likely to find itself in a dispute over the membership.   Accordingly, the Club will not be making the requested change absent an agreement between the parties or a court order on this issue.  Please keep in mind, while the Club can *immediately* suspend the membership, as an accommodation to you, the Club is willing to delay a suspension of the membership until the 2023 season in order to give you and Mr. Fearon sufficient time to reach an agreement on the membership.   I do hope you and Mr. Fearon can come to an understanding on this topic soon.  Thank you for your understanding.

Best,

John


**John J. Cowden, Jr.**
**General Manager**



The Westmoor Club
10 Westmoor Lane
Nantucket, MA 02554

Phone: 508.228.9494, ext. 127
Fax: 508.228.4994
www.thewestmoorclub.com

**From:** Regen Horchow <regenhorchow@gmail.com>
**Sent:** Thursday, July 21, 2022 10:00 AM
**To:** John Cowden <John.Cowden@thewestmoorclub.com>
**Cc:** Kitty Goldsmith <kittygoldsmith@gmail.com>

**Subject:** Fwd: F007 Membership

John,

I've left you a voicemail and sent emails and am frustrated that I cannot get confirmation from you about the key question I have posed.  Does the Westmoor recognize me as the primary member on F007?

Given my conversations with Kitty and your acknowledgement that my name is in the applicant information, the application is in my handwriting and the check is from my father, I assuming that it is your position that the primary member on F007 is me even though I made the mistake of getting Jeff's signature on the top line instead of my own.

However, the online system still represents me as the "spouse".
**I am fine being listed in the computer system Primary field as Regen Horchow Fearon.  If, after negotiating with Jeff,   I retain the membership, I'll change the name to drop Fearon.

<span style="color:red">When can I expect to see the online system corrected to move me from "spouse" to "primary"?</span>

 I know the Club and I are ready to get the situation sorted out so that by next summer only one of us is listed on the membership.  But,  I cannot start my conversation with Jeff until the primary member is confirmed.

Please let me know when the system correction has been made.

Thanks,

Regen Horchow


    Begin forwarded message:

    **From:** Regen Horchow <regenhorchow@gmail.com>
    **Subject: Re: Fearon Membership**
    **Date:** July 14, 2022 at 4:37:16 PM CDT
    **To:** John Cowden <john.cowden@thewestmoorclub.com>


    I left you a message asking for clarification as to your position on who is the "spouse designated as member" given that my name is the applicant but I signed in the wrong line.
    If I am recognized as the member it will be easier for me to rectify the situation without rancor (.I.e. inform the club of our agreement as to who remains a member after this year) So, I'm hoping that is your interpretation.  Please confirm who the club recognizes as the applicant and then I will discuss with jeff (after this summer).

    Many thanks

Regen Horchow (note new email)
███████3112
Sent from my iPhone

> On Jul 14, 2022, at 4:44 PM, John Cowden
> <john.cowden@thewestmoorclub.com> wrote:
>
> Ms. Horchow,
>
> Good afternoon. Thank you for your patience. We had a busy couple of days with prep for our summer Board meeting which was held yesterday. By the way, I did not make this a part of the agenda, nor did I raise the subject with Board members. It is my hope, and I am guessing yours, that we do not need Board involvement in this matter, at this time.
> A couple of things after my review of the file...attached you will find a copy of the completed Membership Application. Please note that while you filled out the field of "Applicant" using your name, your husband (at the time) executed the application as "Applicant" with his signature. You signed as "Spouse".
> Kitty was right on several points including (and additionally) that...
> 1. The Club will not become involved in disputes regarding any membership in the Club.
> 2. Membership may only be owned individually.
> 3. In the case of divorce of a married Member, the membership shall belong to the spouse designated on the Membership Application as the Member unless otherwise provided by agreement between the parties or by court order.
> 4. Sharing a membership is not allowed.
> I will honor your request to delay an official notice and allow this season to end with no action. Please know though that for 2023 we will suspend all privileges associated with this membership until the Club receives satisfactory evidence of the resolution of this matter. I do hope that you can resolve this issue with Mr. Fearon soon. Please let me know if I can be of further assistance.
>
> Best,
>
> John
>
>
> **John J. Cowden, Jr.**
> **General Manager**



The Westmoor Club
10 Westmoor Lane
Nantucket, MA 02554

Phone: 508.228.9494, ext. 127
Fax: 508.228.4994
www.thewestmoorclub.com