IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| REGEN HORCHOW, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )    Civil Action No.: 1:25-cv-11008-WGY |
| | ) |
| THE WESTMOOR CLUB, LLC, | ) |
| | ) |
| Defendant. | ) |

## JOINT [PROPOSED] SCHEDULING ORDER

Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure and Local Rule 16.1(f), the

Scheduling Order is as follows:

| Date | Event |
|---|---|
| February 6, 2026 | Deadline to join Other Parties, and Amend the Pleadings |
| February 13, 2026 | Rule 26(a)(1) Initial Disclosures |
| February 27, 2026 | Deadline for Discovery Requests |
| March 30, 2026 | Deadline for Responses to Discovery Requests |
| April 10, 2026 | Deadline for Fact Witness Depositions |
| April 24, 2026 | Dispositive Motions |
| May 15, 2026 | Oppositions to Dispositive Motions |
| May 22, 2026 | Replies in Support of Dispositive Motions |
| May 26, 2026 | Rule 26(a)(3) Disclosures |
| May 29, 2026 | Final Pretrial Conference |
| June 1, 2026 (9:00 am) | Jury Trial |

**SO ORDERED.**

Dated:                                    _____

Hon. William G. Young,

United States District Judge

Respectfully submitted,

**THE WESTMOOR CLUB, LLC**                    **REGEN HORCHOW**

By its attorneys,                            By her attorneys,

*/s/ Meghan E. Huggan*                       */s/ Hayley Trahan-Liptak*
Tyler E. Chapman (BBO # 637852)              Christopher L. Nasson (BBO# 669401)
Meghan E. Huggan (BBO # 708122)              christopher.nasson@klgates.com
TODD & WELD LLP                              Hayley Trahan-Liptak (BBO# 692412)
One Federal Street, 27" Floor                hayley.trahan-liptak@klgates.com
Boston, MA 02110                             John L. Gavin (BBO# 705385)
(617) 720-2626                               john.gavin@klgates.com
tchapman@toddweld.com                        K&L Gates LLP
mhuggan@toddweld.com                         One Congress Street
                                             Suite 2900
                                             Boston, Massachusetts 02114

Dated: January 23, 2026