IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| REGEN HORCHOW,<br><br>        Plaintiff,<br><br>    v.<br><br>THE WESTMOOR CLUB, LLC,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Civil Action No.: 1:25-Cv-11008-WGY |

## DECLARATION OF HAYLEY TRAHAN-LIPTAK

I, Hayley Trahan-Liptak, under penalty of perjury, declare as follows:

1.    I am a partner at K&L Gates LLP, I represent Regen Horchow ("Ms. Horchow") in this matter.

2.    I submit this declaration in support of Ms. Horchow's Motion for Summary Judgment.

3.    A true and accurate copy of Defendant The Westmoor Club's (the "Club") Membership Plan is attached hereto as Ex. 1.

4.    A true and accurate copy of an excerpt of the deposition transcript of J. Graham Goldsmith dated March 25, 2026, is attached hereto as Ex. 2.

5.    A true and accurate copy of an excerpt of the deposition transcript of Peter Hicks dated March 30, 2026, is attached hereto as Ex. 3.

6.    A true and accurate copy of the Club's March 13, 2026 Objections and Responses to Ms. Horchow's First Set of Requests for Admission is attached hereto as Ex. 4.

7.     A true and accurate copy of the Membership Application completed by Ms. Horchow on or about August 1, 2004, is attached hereto as Ex. 5.

8.     The only Membership Application the Club produced in discovery is Ex. 5.

9.     The Club has not produced any record of a membership deposit paid for Mr. Fearon.

10.     The Club has not produced any record of approval of membership for Mr. Fearon.

11.     A true and accurate copy of an excerpt of the deposition transcript of Ms. Horchow, dated March 27, 2026, is attached hereto as Ex. 6.

12.     A true and accurate copy of an excerpt of the deposition transcript of John Cowden, Jr., dated March 26, 2026, is attached hereto as Ex. 7.

13.     A true and accurate copy of the Club's March 13, 2026 Objections and Responses to Plaintiff's First Set of Requests for Production is attached hereto as Ex. 8.

14.     A true and accurate copy of the letter Ms. Horchow's counsel sent to the Club on March 31, 2026, identifying discovery deficiencies in the Club's document production and interrogatory responses, is attached hereto as Ex. 9.

15.     A true and accurate copy of the Club's counsel's response is attached hereto as Ex. 10.

16.     A true and accurate copy of the "Change Log" for Ms. Horchow's membership account at the Club is attached hereto as Ex. 11.

17.     A true and accurate copy of the Expulsion Letter the Club sent to Ms. Horchow on October 10, 2024, is attached hereto as Ex. 12.

18.     A true and accurate copy of the Appeal Denial Letter the Club sent to Ms. Horchow on January 29, 2025, is attached hereto as Ex. 13.

19.     A true and accurate copy of an excerpt of the deposition transcript of Kitty

Goldsmith, dated May 29, 2024, is attached hereto as Ex. 14.

20.    A true and accurate copy of a letter from Ms. Horchow's counsel to the Club, dated October 16, 2024, is attached hereto as Ex. 15.

Signed under the pains and penalties of perjury this 10th day of April 2026.

*/s/ Hayley Trahan-Liptak*
Hayley Trahan-Liptak (BBO# 692412)

3

## <u>CERTIFICATE OF SERVICE</u>

I, Hayley Trahan-Liptak, hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants on April 10, 2026.

<u>*/s/ Hayley Trahan-Liptak*</u>
Hayley Trahan-Liptak