# Exhibit 6

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

C.A. No. 1:25-cv-11008-WGY

* * * * * * * * * * * * * * * * * * * * * * * * * *

REGEN HORCHOW,

Plaintiff,

vs.

THE WESTMOOR CLUB, LLC,

Defendant.

* * * * * * * * * * * * * * * * * * * * * * * * * *

DEPOSITION OF REGEN HORCHOW

Conducted Remotely

Friday, March 27, 2026

10:01 a.m. Eastern

Magna Legal Services

866-624-6221



Page 2

APPEARANCES


Hayley Trahan-Liptak, Esquire

K&L Gates, LLP

One Congress Street, Suite 2900

Boston, Massachusetts 02114

hayley.trahan-liptak@klgates.com

Representing the Plaintiff


Tyler E. Chapman, Esquire

Meghan E. Huggan, Esquire

Todd & Weld LLP

One Federal Street, 27th Floor

Boston, Massachusetts 02110

tchapman@toddweld.com

mhuggan@toddweld.com

Representing the Defendant



Page 3

I N D E X

Page

Examination by Mr. Chapman                5, 121

Examination by Ms. Trahan-Liptak          113

E X H I B I T S

(Attached)

Number                                    Page

Exhibit 1    Membership Application        15

Exhibit 2    E-Mail, Horchow to Cowden,    20
             4/6/2021

Exhibit 3    E-Mail, Horchow to Cowden,    31
             4/7/2021

Exhibit 4    E-Mail Chain, Goldsmith to    36
             Cowden, 7/5/2022

Exhibit 5    E-Mail Chain, Horchow to      52
             Cowden, 7/13/2022

Exhibit 6    E-Mail Chain, Horchow to      69
             Cowden, 2/1/2023

Exhibit 7    E-Mail Chain, Cowden to       75
             Horchow, 7/22/2022

Exhibit 8    E-Mail Chain, Cowden to       88
             Horchow, 7/13/2023



Page 4

E X H I B I T S

(Continued)

Number                                                      Page

Exhibit 9        Statements from 2019           97

Exhibit 10       Statements from 2013          102

Exhibit 11       Letter, Fearon to Chapman,    102

                 5/23/2025

Exhibit 12       Expulsion Letter, 10/10/24    105



Page 15

MR. CHAPMAN:  This will be Exhibit 1 in the deposition.

(Marked Exhibit 1)

BY MR. CHAPMAN:

Q.  This is a copy of a membership application.  It has a Post-It Note on the front of it that says, "NO MEETINGS."  There's a Bates-stamp range, which goes from WESTMOOR20 to 25.

So, Ms. Horchow, I assume you're familiar with this Exhibit 1, which is a copy of the membership application to The Westmoor Club.

A.  I am, although I've never seen the sticky note on it.

Q.  So you don't recognize the sticky note or whose handwriting that is?

A.  No.

Q.  How about those other notations, have you seen those before?

A.  Yes, I have.

Q.  This is all your handwriting filling out this application; correct?

A.  Correct.

Q.  I noticed in this application that



Page 115

MS. TRAHAN-LIPTAK:  Tyler, I know you have access to the exhibits there.  If you don't mind, could you pull up Exhibit 1, the application?

MR. CHAPMAN:  Yes, bear with me for one second.

MS. TRAHAN-LIPTAK:  I would ask you to turn the privileges over to me, but I don't know how that works.

MR. CHAPMAN:  Oh, I know I can pull it up.  Exhibit 1 was the application?

MS. TRAHAN-LIPTAK:  It was.

MR. CHAPMAN:  Here it is.  Hayley, just let me know where you want me to go.

MS. TRAHAN-LIPTAK:  Thank you.  Can you scroll down to the "References" section.  Right there is perfect, thank you.

Q.   We talked earlier about the Nantucket Yacht Club.  What's the second list -- the second reference listed here, second membership listed here?

A.   Cooper Aerobics Center, it's a gym here in Dallas.



Q.    Who was a member at Cooper Aerobics Center?

A.    I was.

Q.    Was Mr. Fearon a member of that facility?

A.    No.

Q.    Was he a spouse member or just not a member at all?

A.    Not a member at all.

Q.    And then you identify here two social references.  The first is Stewart and Michelle Thomas.  Who is friends with or knew Stewart and Michelle Thomas?

A.    I've known Stewart and Michelle Thomas since high school separately, and then together when they married.

Q.    When did Mr. Fearon meet the Thomases, if at all?

A.    He met them after we started dating, got married.

Q.    And then the second reference, The Honorable Jeanne and David Phillips.

A.    Mm-hmm.

Q.    How do you know that couple?



Page 117

A.   Jeanne and I worked together in the junior league, and then we carpooled with our children.  And Jeff met them, you know, once we got married or, you know, we were dating.

MS. TRAHAN-LIPTAK:  Then could we go to the second page.  Tyler, could we go to the second page?

MR. CHAPMAN:  Forgot I was in charge.

MS. TRAHAN-LIPTAK:  You forgot you were my technical support.

Q.   It says here, "Mail my BILLS to: Dr. & Mrs. Jeff Fearon."  Was that who bills were directed to?

A.   Yes.

Q.   Did you receive other communication from the club in that name?

A.   I believe so.

Q.   We talked earlier about a listing in a membership directory.  Do you remember reviewing that directory?

A.   You know, yes, I looked at it.

Q.   That was a paper directory?

A.   Yes.


MAGNA
LEGAL SERVICES

think she could assume that lawyers were engaged in our conversations.

Q.   Before you received the October 2024 expulsion letter, the club ever warn you that they were considering expulsion?

A.   No.

Q.   Before you got that letter, were you ever given an opportunity to explain to the club how you had tried to work to resolve this dispute with Dr. Fearon?

A.   No.

Q.   We talked a little bit about your attempts to resolve this dispute.  Why did you not raise this issue directly one-to-one without attorneys with Mr. Fearon?

A.   Well, twofold.  One, I needed to know where I was starting from, and I needed confirmation that I, in fact, was the member in order to do any sort of negotiation with him.

But secondarily, my experience post-divorce with my ex-husband was extremely difficult and his position about absolutely everything was that he paid for and owned absolutely everything that happened or was

