Exhibit 10

| | |
|---|---|
| **From:** | Huggan, Meghan E. <mhuggan@toddweld.com> |
| **Sent:** | Wednesday, April 8, 2026 12:42 PM |
| **To:** | Trahan-Liptak, Hayley; Chapman, Tyler E.; Ramirez, Sara |
| **Cc:** | Nasson, Christopher L.; Gavin, John L. |
| **Subject:** | RE: Regen Horchow v. The Westmoor Club, LLC | Case No. 1:25-cv-11008-WGY |
| **Attachments:** | 2026 03 31 Horchow - Discovery Deficiency Letter.pdf; WESTMOOR000115-WESTMOOR000122.pdf |

**This Message Is From an External Sender**
This message came from outside your organization.

Hi Hayley:

Attached please find the Club's supplemental document production. I've outlined below our response to the requests in your March 31, 2026 letter. I'm available to talk live under Rule 7.1 to discuss further.

RFP 8 – The Club does not possess the Excel spreadsheet referenced in your letter. The Club has produced all non-privileged documents within its possession, custody, and control in response to this request.

RFP 10 – The Club membership directories do not identify which members are primary members.  The Club has produced all non-privileged documents within its possession, custody, and control in response to this request.

RFP 12-13 – The Club has produced all non-privileged documents within its possession, custody, and control in response to these requests.

RFP 14 – The Club has produced all non-privileged documents within its possession, custody, and control in response to these requests.

ROG 8 – On the basis of the objections within the Club's response to Plaintiff's Interrogatory No. 8, the Club will not answer this interrogatory.

ROGs 11-13 – On the basis of the objections within the Club's responses to Plaintiff's Interrogatory Nos. 11-13, the Club will not answer these interrogatories.

Thank you,

 **Meghan E. Huggan**
Todd & Weld LLP | 617.624.4757

**From:** Trahan-Liptak, Hayley <Hayley.Trahan-Liptak@klgates.com>
**Sent:** Tuesday, April 7, 2026 10:38 AM
**To:** Chapman, Tyler E. <tchapman@toddweld.com>; Huggan, Meghan E. <mhuggan@toddweld.com>; Ramirez, Sara <sramirez@toddweld.com>
**Cc:** Nasson, Christopher L. <Christopher.Nasson@klgates.com>; Gavin, John L. <John.Gavin@klgates.com>
**Subject:** RE: Regen Horchow v. The Westmoor Club, LLC | Case No. 1:25-cv-11008-WGY

Tyler and Meghan,

We have not received a response to our letter sent a week ago outlining deficiencies in the Westmoor Club's discovery responses.  As our Friday discovery deadline approaches, please let us know when you expect to

1

produce the requested documents, including but in no way limited to the letter sent to Mr. Fearon in January 2025 affirming his expulsion.  We remain available for a meet and confer.

Hayley

**Hayley Trahan-Liptak**
K&L Gates LLP
Phone: 617.951.9148
Mobile: 508.561.8560

---

**From:** Trahan-Liptak, Hayley
**Sent:** Tuesday, March 31, 2026 4:10 PM
**To:** Gavin, John L. <John.Gavin@klgates.com>; Chapman, Tyler E. <tchapman@toddweld.com>; Huggan, Meghan E. <mhuggan@toddweld.com>; Ramirez, Sara <sramirez@toddweld.com>
**Cc:** Nasson, Christopher L. <Christopher.Nasson@klgates.com>
**Subject:** RE: Regen Horchow v. The Westmoor Club, LLC | Case No. 1:25-cv-11008-WGY

Tyler and Meghan,

See attached letter identifying deficiencies in the Westmoor Club's document productions and interrogatory responses. Please let us know when you are available to meet and confer this week.

Hayley

**Hayley Trahan-Liptak**
K&L Gates LLP
Phone: 617.951.9148
Mobile: 508.561.8560

---

**From:** Gavin, John L. <John.Gavin@klgates.com>
**Sent:** Monday, March 30, 2026 5:55 PM
**To:** Chapman, Tyler E. <tchapman@toddweld.com>; Huggan, Meghan E. <mhuggan@toddweld.com>; Ramirez, Sara <sramirez@toddweld.com>
**Cc:** Nasson, Christopher L. <Christopher.Nasson@klgates.com>; Trahan-Liptak, Hayley <Hayley.Trahan-Liptak@klgates.com>
**Subject:** RE: Regen Horchow v. The Westmoor Club, LLC | Case No. 1:25-cv-11008-WGY

Counsel,

Please see attached Plaintiff's objections and answers to The Westmoor Club's First Set of Interrogatories and Requests for Production.  Plaintiff's document production will follow later this evening.

Best,
John



**John Gavin**
K&L Gates LLP
1 Congress Street, Suite 2900
Boston, MA 02114
Phone: 617-951-9204

Cell: 336-953-2931
Fax: 617-261-3175
john.gavin@klgates.com
www.klgates.com

---

**From:** Ramirez, Sara <sramirez@toddweld.com>
**Sent:** Friday, February 27, 2026 9:47 AM
**To:** Nasson, Christopher L. <Christopher.Nasson@klgates.com>; Trahan-Liptak, Hayley <Hayley.Trahan-Liptak@klgates.com>; Gavin, John L. <John.Gavin@klgates.com>
**Cc:** Chapman, Tyler E. <tchapman@toddweld.com>; Huggan, Meghan E. <mhuggan@toddweld.com>
**Subject:** Regen Horchow v. The Westmoor Club, LLC | Case No. 1:25-cv-11008-WGY


Good morning,

On behalf of attorney Meghan E. Huggan

Please find attached Notice of Deposition, First Set of Interrogatories, and First Request for Production of Documents to Plaintiff Regen Horchow.

Kind regards,



**Sara Ramirez**
Legal Assistant
Todd & Weld LLP | 617.720.2626

---

This e-mail, and any attachments thereto, is intended only for the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited. If you have received this e-mail in error, please immediately notify me by return e-mail and permanently delete the original and any copy of this e-mail message and any printout thereof.
To ensure compliance with requirements imposed by the U.S. Internal Revenue Service, we inform you that any U.S. tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of avoiding U.S. tax penalties.

This electronic message contains information from the law firm of K&L Gates LLP. The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only. If you are not an intended addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please contact me at Hayley.Trahan-Liptak@klgates.com.

---

This e-mail, and any attachments thereto, is intended only for the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited. If you have received this e-mail in error, please immediately notify me by return e-mail and permanently delete the original and any copy of this e-mail message and any printout thereof.
To ensure compliance with requirements imposed by the U.S. Internal Revenue Service, we inform you that any U.S. tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of avoiding U.S. tax penalties.