# Exhibit 11

Change Log Details

**Monday, April 6, 2026**

| Date | Module | Type | Relationship | Field | Old Value | New Value | Changed By |
|---|---|---|---|---|---|---|---|
| 7/2/2013 9:32 AM | Email Notification Type | Removed | [F007] Fearon, Jeffrey and Regen -> F007 -> 2JAFearon@gmail.com -> 2JAFearon@gmail.com -> Statements | | | Statements | Ware, Marge |
| 7/2/2013 9:32 AM | Emails | Added | [F007] Fearon, Jeffrey and Regen -> regenf@swbell.net | | | regenf@swbell.net | Ware, Marge |
| 7/2/2013 9:32 AM | Email Notification Type | Added | [F007] Fearon, Jeffrey and Regen -> regenf@swbell.net -> regenf@swbell.net -> Statements | | | Statements | Ware, Marge |
| 7/2/2013 9:32 AM | Email Notification Type | Added | [F007] Fearon, Jeffrey and Regen -> regenf@swbell.net -> regenf@swbell.net -> General | | | General | Ware, Marge |
| 7/2/2013 9:34 AM | Email Notification Type | Added | [F007] Fearon, Jeffrey and Regen -> 2JAFearon@gmail.com -> 2JAFearon@gmail.com -> Statements | | | Statements | Ware, Marge |
| 7/2/2014 4:31 PM | Phones | Added | [F007] Fearon, Jeffrey and Regen -> (214) 676-3112 | | | (214) 676-3112 | Fearon, Jeffrey |
| 7/2/2014 4:31 PM | Emails | Changed | [F007] Fearon, Jeffrey and Regen -> F007 -> regenf@swbell.net -> regenf@swbell.net | Email | 2JAFearon@gmail.com | regenf@swbell.net | Fearon, Jeffrey |
| 7/2/2014 4:31 PM | Emails | Added | [F007] Fearon, Jeffrey and Regen -> 2jafearon@gmail.com | | | 2jafearon@gmail.com | Fearon, Jeffrey |
| 3/5/2015 2:51 PM | Emails | Added | [F007] Fearon, Jeffrey and Regen -> craniof@aol.com | | | craniof@aol.com | Fearon, Jeffrey |
| 1/27/2016 4:46 PM | Emails | Removed | [F007] Fearon, Jeffrey and Regen -> F007 -> craniof@aol.com | | | craniof@aol.com | Coffin, Elizabeth |
| 7/5/2016 6:46 PM | Member | Changed | | Print Statement Details | False | True | System User |
| 9/16/2016 9:15 AM | Phones | Changed | [F007] Fearon, Jeffrey and Regen -> F007 -> (214) 676-3112 -> (214) 676-3112 | Note | | Mrs Regen | Van Der Walt, Elsie |
| 9/16/2016 9:15 AM | Phones | Added | [F007] Fearon, Jeffrey and Regen -> (214) 693-6411 | | | (214) 693-6411 | Van Der Walt, Elsie |
| 9/16/2016 9:15 AM | Email Notification Type | Removed | [F007] Fearon, Jeffrey and Regen -> F007 -> regenf@swbell.net -> regenf@swbell.net -> Statements | | | Statements | Van Der Walt, Elsie |
| 9/16/2016 9:15 AM | Email Notification Type | Removed | [F007] Fearon, Jeffrey and Regen -> F007 -> regenf@swbell.net -> regenf@swbell.net -> General | | | General | Van Der Walt, Elsie |
| 9/16/2016 9:15 AM | Emails | Removed | [F007] Fearon, Jeffrey and Regen -> F007 -> regenf@swbell.net | | | regenf@swbell.net | Van Der Walt, Elsie |
| 9/16/2016 9:15 AM | Emails | Changed | [F007] Fearon, Jeffrey and Regen -> F007 -> regenf@swbell.net -> regenf@swbell.net | Note | | Mrs Regen | Van Der Walt, Elsie |
| 9/16/2016 9:15 AM | Emails | Changed | [F007] Fearon, Jeffrey and Regen -> F007 -> 2jafearon@gmail.com -> 2jafearon@gmail.com | Note | | Dr Jeff | Van Der Walt, Elsie |
| 4/24/2017 11:23 AM | Member Financial | Changed | [F007] Fearon, Jeffrey and Regen -> [F007] Fearon, Jeffrey and Regen | AR Balance Threshold | 0.00 | 100000.03 | System User |
| 9/8/2017 11:58 AM | Entity | Changed | [F007] Fearon, Jeffrey and Regen -> [F007] Jeffrey Fearon | Name | F007 | [F007] Jeffrey Fearon | Berlin, Lauren |
| 9/8/2017 11:58 AM | Member | Changed | | First Name | Jeffrey and Regen | Jeffrey | Berlin, Lauren |
| 9/8/2017 11:58 AM | Member | Changed | | Title | Dr. & Mrs. | Dr. | Berlin, Lauren |
| 9/13/2017 10:06 AM | Emails | Changed | [F007] Fearon, Jeffrey -> [F007] Jeffrey Fearon -> RegenFearon@gmail.com -> RegenFearon@gmail.com | Email | regenf@swbell.net | RegenFearon@gmail.com | Berlin, Lauren |
| 9/13/2017 10:11 AM | Emails | Changed | [F007] Fearon, Jeffrey -> [F007] Jeffrey Fearon -> regenf@swbell.net -> regenf@swbell.net | Email | RegenFearon@gmail.com | regenf@swbell.net | User, Administrative |
| 9/13/2017 10:11 AM | Addresses | Changed | [F007] Fearon, Jeffrey -> [F007] Jeffrey Fearon -> 9785 Audubon Place | Share With Dependent | False | False | User, Administrative |
| 9/13/2017 10:11 AM | Addresses | Changed | [F007] Fearon, Jeffrey -> [F007] Jeffrey Fearon -> 23 Cliff Road | Share With Dependent | False | False | User, Administrative |
| 10/10/2017 4:50 PM | Entity | Changed | [F007] Fearon, Jeffrey -> [F007] Jeffrey Fearon | Default Email ID | regenf@swbell.net | 2jafearon@gmail.com | Berlin, Lauren |
| 10/10/2017 4:50 PM | Email Notification Type | Removed | [F007] Fearon, Jeffrey -> [F007] Jeffrey Fearon -> regenf@swbell.net -> regenf@swbell.net -> Mailing | | | Mailing | Berlin, Lauren |
| 10/10/2017 4:50 PM | Email Notification Type | Removed | [F007] Fearon, Jeffrey -> [F007] Jeffrey Fearon -> regenf@swbell.net -> regenf@swbell.net -> Statements | | | Statements | Berlin, Lauren |
| 10/10/2017 4:50 PM | Emails | Removed | [F007] Fearon, Jeffrey -> [F007] Jeffrey Fearon -> regenf@swbell.net | | | regenf@swbell.net | Berlin, Lauren |
| 3/28/2018 4:14 PM | Member | Changed | | Swipe Card ID | | F007 | System User |
| 7/4/2018 1:42 PM | Phones | Changed | [F007] Fearon, Jeffrey -> [F007] Jeffrey Fearon -> (214) 693-6411 -> (214) 693-6411 | Phone Number | (214) 676-3112 | (214) 693-6411 | System User |
| 7/8/2019 3:33 PM | Email Notification Type | Added | [F007] Fearon, Jeffrey -> 2jafearon@gmail.com -> 2jafearon@gmail.com -> Statements | | | Statements | Johnston, Ashley |
| 10/12/2021 2:26 PM | Member | Changed | | Member Status | Active | No Vax Card On File | Berlin, Lauren |
| 11/13/2021 5:56 PM | Member Group | Added | No Vax Card On File | | | No Vax Card On File | User, Administrative |
| 4/25/2022 4:04 PM | Member | Changed | | Member Status | No Vax Card On File | Active | Berlin, Lauren |
| 4/26/2022 4:03 AM | Member Group | Removed | No Vax Card On File | | | No Vax Card On File | User, Administrative |
| 2/2/2023 3:37 PM | Member | Changed | | Member Status | Active | InActive | Berlin, Lauren |
| 2/13/2023 5:02 PM | Member | Changed | | Member Status | InActive | Suspended | Cowden, Laurie |
| 7/1/2023 7:59 PM | Member | Changed | | Member Status | Suspended | Active | Pelser, Llewellyn |
| 7/5/2023 1:26 PM | Member | Changed | | Member Status | Active | Suspended | Cowden, Laurie |
| 7/13/2023 12:23 PM | Member | Changed | | Member Status | Suspended | Active | Cowden, Laurie |
| 11/20/2024 2:12 PM | Member | Changed | | Web Roster Visible | Visible | Not Visible | Gomes, Logan |
| 11/20/2024 2:12 PM | Member | Changed | | Swipe Card ID | F007 | | Gomes, Logan |
| 11/20/2024 2:12 PM | Member | Changed | | Web Roster Visible | Not Visible | Visible | Gomes, Logan |
| 11/20/2024 2:12 PM | Member | Changed | | Swipe Card ID | | F007 | Gomes, Logan |
| 11/20/2024 2:12 PM | Member | Changed | | Billing Member Type | Regular | Resigned | Gomes, Logan |
| 11/20/2024 2:12 PM | Member | Changed | | Member Status | Active | InActive | Gomes, Logan |
| 11/20/2024 2:12 PM | Member | Changed | | Web Roster Visible | Visible | Not Visible | Gomes, Logan |
| 11/20/2024 2:12 PM | Member | Changed | | Swipe Card ID | F007 | | Gomes, Logan |
| 11/21/2024 11:49 AM | Member Financial | Changed | [F007] Fearon, Jeffrey -> [F007] Fearon, Jeffrey | Member Groups | Dining Minimum,Regular,Reporting Group | Regular,Reporting Group | Gomes, Logan |
| 11/21/2024 11:49 AM | Member Group | Removed | Dining Minimum | | | Dining Minimum | Gomes, Logan |
| 11/21/2024 11:49 AM | Member Group | Removed | Regular | | | Regular | Gomes, Logan |
| 11/21/2024 11:49 AM | Member Financial | Changed | [F007] Fearon, Jeffrey -> [F007] Fearon, Jeffrey | Member Groups | Regular,Reporting Group | Reporting Group | Gomes, Logan |
| 11/21/2024 4:11 PM | Member Financial | Changed | [F007] Fearon, Jeffrey -> [F007] Fearon, Jeffrey | AR Balance Threshold | 100000.03 | 0.00 | System User |

WESTMOOR000118