# Exhibit 12

1917    **W**    2005

## The Westmoor Club
n a n t u c k e t

October 10, 2024

Dear Ms. Horchow and Dr. Fearon:

Regretfully, the Club has concluded that your continued membership at The Westmoor Club is untenable. Given your ongoing dispute concerning which of you is the member of the Club, a dispute in which you have unnecessarily embroiled the Club is directing this letter to you both.

Specifically, your mutual decision to involve the Club in your own personal, protracted litigation concerning who owns the Club membership – a matter on which the Club takes no position and in which it need not be involved – rather than working amicably with the Club represents especially egregious, un-clublike behavior. The two of you could have sought to adjudicate your personal dispute in a way that would spare the Club from having to be forced spectators in your divorce litigation. Instead, you made the Club a party to your divorce in a foreign jurisdiction (Texas), even though there is no valid factual or legal basis to claim jurisdiction over the Club in that Court. By doing so, you have forced the Club and its personnel to expend money and time unnecessarily. This highly adversarial and wrongful conduct, in the Club's sole judgment, is so improper as to justify expulsion from the Club.

As a result, the Club hereby notifies you that you have been expelled from the Club pursuant to the terms of the Club's Membership Plan with no return of your membership deposit. You have the right to appeal this decision to the Club within 15 days.

Sincerely,

John J. Cowden, Jr.
General Manager

HORCHOW_0296

**Excerpts from the Membership Agreement concerning discipline**

**Improper conduct.**

Any Member whose conduct shall be deemed by the Club, in its sole judgment, to be improper or likely to endanger the safety, harmony or good reputation of the Club or of its members, may be reprimanded, fined, restricted from using certain Club Facilities, suspended, or expelled from the Club. The Club has implemented a zero-tolerance policy for inappropriate sexual advances, verbal or physical abuse of Members, staff or guests and any threatening behavior or statements. Other examples of improper conduct include, but are not limited to, the following: (i) submission of false information on a Membership Application, (ii) use of a membership card by any person other than the Member, (iii) delinquency in the payment of any portion of the Membership Deposit, dues, fees, service charges or other amounts due to the Club, (iv) exhibition of unsatisfactory deportment or appearance, and (v) failure to abide by any other term or condition in the Membership Documents, as amended from time to time. The Club reserves the right to discipline a Member, and a Member's Family Members, or guest, in accordance herewith, for any other cause deemed sufficient by the Club.

**Notification of proposed action.**

Any Member against whom disciplinary action is being considered will be notified either verbally or in writing of any proposed action and will be given an opportunity to be heard by the Club to show cause why he or she should not be disciplined. If the Member desires to be heard, the member must provide a written request for a hearing to the Club within fifteen (15) days of the date of the Club's notice to the Member of the proposed action. Upon the Club's receipt of the written request for a hearing, the Club will set a time and date not less than ten (10) days thereafter for such hearing. While the Club is considering the complaint, the Member must continue paying dues, fees, and any other charges due to the Club and will continue to enjoy use privileges of the Club Facilities. However, Members accused of conduct for which a zero-tolerance policy is in effect may have their privileges immediately suspended. There is no requirement that a Member receive a warning prior to disciplinary action. Family Member and guest privileges may be terminated without prior notice or a hearing.

**Dues, fees, and charges will accrue and must be paid in full prior to reinstatement.**

During any restriction or suspension, all dues, fees, and charges will continue to accrue and must be paid in full prior to a disciplined Member being reinstated as a Member in good standing.

**Expulsion from the Club.**

Upon the expulsion of a Member, the Member will forfeit the membership and will not be entitled to any refund of his or her Membership Deposit unless the Club determines, in its sole discretion, that refund of some portion of the Membership Deposit is appropriate.

**Memberships are offered for recreational, not investment purposes.**

Memberships are offered exclusively to permit a person acquiring a membership to obtain recreational and social use of the Club Facilities. Membership should not be viewed or acquired as an investment and no person acquiring a membership should expect to derive any economic benefits or profits from the membership.

HORCHOW_0297