# Exhibit 15



1845 Woodall Rodgers Freeway, Suite 1525, MB #5 ·Dallas, TX 75201

Main: 214-DIVORCE · Fax: 214-306-7830

**October 16, 2024**

<u>Viae-mail: rparker@munsch.com</u>
Mr. Ross Parker
Munsch, Hardt, Kopf, & Harr, P.C.
500 N. Akard Street #4000
Dallas, Texas 75201

   *Re:*    *Horchow v. The Westmoor Club; Cause No. DF-19-21053*

Dear Mr. Parker:

   To avoid further costly litigation, my client has authorized me to make the following offer pursuant to Texas Rule of Civil Procedure 11. This offer is for settlement purposes only under Texas Rule of Evidence 408. By making this offer, Regen Horchow does not concede any legal positions or issues in this case. The following offer shall expire at 5:00 p.m. central standard time on October 25, 2024.

   While we believe Ms. Horchow is entitled to 80% of the current initiation fee, she proposes the Westmoor Club ("the Club") pay her $550,000.00 in exchange for the resignation of her membership interest. Ms. Horchow shall be responsible for her legal fees and expenses and the Club shall be responsible for its legal fees and expenses. Upon signature of the settlement and release documents and receipt of the $550,000.00, Ms. Horchow shall non-suit her claims against the Club under cause number DF-19-21053 with prejudice.

   If your client is in agreement, my office will prepare settlement and release documents, as well as the order for non-suit with prejudice.

            Respectfully,

            Michelle May O'Neil

MMO/acc