IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| REGEN HORCHOW, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No.: 1:25-cv-11008-WGY |
| THE WESTMOOR CLUB, LLC, | ) ) | **ORAL ARGUMENT REQUESTED** |
| Defendant. | ) ) ) | |

### AFFIDAVIT OF MEGHAN E. HUGGAN, ESQ. IN SUPPORT OF
### THE WESTMOOR CLUB, LLC'S MOTION FOR SUMMARY JUDGMENT

I, Meghan E. Huggan, Esq., under oath do hereby depose and say:

1. I am counsel for the Defendant The Westmoor Club, LLC (the "Club"). I submit this affidavit in support of the Club's Motion for Summary Judgment.

2. Attached as <u>Exhibit 1</u> is a true and correct copy of the Membership Application.

3. Attached as <u>Exhibit 2</u> is a true and correct copy of Plaintiff Regen Horchow's ("Plaintiff" or "Ms. Horchow") Complaint Exhibit 5.

4. Attached as <u>Exhibit 3</u> is a copy of the Club's August 15, 2004 Letter of Admission, which was attached to Plaintiff's Complaint at Exhibit 1.

5. Attached as <u>Exhibit 4</u> is a true and accurate copy of excerpts from John Cowden's March 26, 2026 Deposition Transcript.

6. Attached as <u>Exhibit 5</u> is a true and accurate copy of excerpts from Graham Goldsmith's March 25, 2026 Deposition Transcript.

7. Attached as <u>Exhibit 6</u> is a true and accurate copy of excerpts from Katherine Goldsmith's May 29, 2024 Deposition Transcript.

1

8.      Attached as Exhibit 7 is a true and accurate copy of excerpts from Ms. Horchow's March 27, 2026 Deposition Transcript.

9.      Attached as Exhibit 8 are true and correct copies of billing statements from the Club.

10.     Attached as Exhibit 9 are emails relating to bills from the Club that were produced by Plaintiff in discovery.

11.     Attached as Exhibit 10 are excerpts from Dr. Jeffrey Fearon's ("Dr. Fearon") December 11, 2024 Deposition Transcript that were produced by Plaintiff in discovery.

12.     Attached as Exhibit 11 is a true and accurate copy of a screenshot of Ms. Horchow's membership profile from the Club's online member portal.

13.     Attached as Exhibit 12 is a true and accurate copy of excerpts of Ms. Horchow's Responses and Objections to The Club's First Set of Interrogatories.

14.     Attached as Exhibit 13 are emails between Ms. Horchow and Dr. Fearon that were produced by Plaintiff in discovery.

15.     Attached as Exhibit 14 is a true and accurate copy of the Membership Plan.

16.     Attached as Exhibit 15 is a true and accurate copy of Plaintiff's Complaint Exhibit 3.

17.     Attached as Exhibit 16 are emails between Ms. Horchow and the Club which were produced by Plaintiff in discovery.

18.     Attached as Exhibit 17 is a true and accurate copy of Plaintiff's Complaint Exhibit 4.

19.     Attached as Exhibit 18 is a letter from Dr. Fearon to the Club that was produced by Plaintiff in discovery.

20.     Attached as <u>Exhibit</u> <u>19</u> is a letter from Ms. Horchow to the Club that was produced by Plaintiff in discovery.

21.     Attached as <u>Exhibit</u> <u>20</u> is a letter from the Club to Ms. Horchow that was produced by Plaintiff in discovery.

22.     Attached as <u>Exhibit</u> <u>21</u> is a legal Petition that was produced by Plaintiff in discovery.

23.     Attached as <u>Exhibit</u> <u>22</u> is a letter from the Club to Ms. Horchow and Dr. Fearon that was attached to Plaintiff's Complaint at Exhibit 7.

24.     Attached as <u>Exhibit</u> <u>23</u> is a letter from the Club to Ms. Horchow that was produced by Plaintiff in discovery and a true and accurate copy of a January 29, 2025 letter from the Club to Dr. Fearon.

Signed under the pains and penalties of perjury this 10th day of April, 2026.

*/s/ Meghan E. Huggan*
Meghan E. Huggan (BBO # 708122)
TODD & WELD LLP
One Federal Street, 27" Floor
Boston, MA 02110
(617) 720-2626
mhuggan@toddweld.com

**<u>CERTIFICATE OF SERVICE</u>**

I, Meghan E. Huggan, hereby certify that the foregoing Affidavit, together with the attached Exhibits, was served on all counsel through the ECF System and by email on April 10, 2026.

*/s/ Meghan E. Huggan*
Meghan E. Huggan

3