# <u>Exhibit 3</u>

August 15, 2004

Dr.and Mrs.Jeffery Fearon
█████████████
Dallas, TX  75220

Dear Regen and Jeffrey:

We are delighted to inform you that your application for a Regular Membership has been accepted. We look forward to joining with you to build a truly special club on Nantucket. We offer the following update for your review.

We are very gratified by interest in the club. Over the past six weeks we have received approximately 235 membership applications. Prospective members are responding to the club for a variety of reasons – dining and guest rooms, tennis and other sports, the fitness center/spa, children's activities, and yachting opportunities on our classic motor yachts or sports fishing boat. A common thread is their interest in becoming part of a community of active, collegial, and interesting people who treasure their time on Nantucket.

Importantly, major permitting has been completed. The club has received approvals from the Planning Board, the Conservation Commission and the Historic District Commission. The club's architectural and landscaping plans continue to evolve and improve. We look forward to showing you the latest designs and renderings over the summer.

We have purchased all the property we need for the club and have opened a membership office in the clubhouse. In addition, we have hired a Director of Membership Services, Peter Hicks, so please feel free to call Peter if he can be of any help or stop by the club for tours and more information. That office will also produce a club newsletter with all of the latest developments.

As promised we have been reviewing applications in the order in which they were received. The amount of a Regular Membership at the time we received your application was $125,000. We have a deposit from you of $25,000. Please forward the balance of your Membership Deposit within 14 days.

* * * * * * * * * * * * *

If you have any questions or if we can help in any way, please don't hesitate to call. Thanks again for your confidence and we look forward to speaking with you very soon.

Sincerely,

J. Graham Goldsmith                    Alan J. Worden
President                              Vice President