# **<u>Exhibit 4</u>**



# Transcript of John Cowden, Jr.

**Date:** March 26, 2026
**Case:** Horchow -v- The Westmoor Club, LLC

**Planet Depos**
**Phone:** 888.433.3767
**Email:** transcripts@planetdepos.com
**www.planetdepos.com**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

-----------------------------x

REGEN HORCHOW,                      :

                  Plaintiff,       :

   v.                              :   Civil Action No.

THE WESTMOOR CLUB, LLC,            :   1:25-cv-11008-WGY

                  Defendant.       :

-----------------------------x


          Virtual Deposition of JOHN COWDEN, JR.

               Thursday, March 26, 2026

                    8:32 a.m. CST


Job No.:  626205

Pages:  1 - 84

Reported Stenographically by:

Tiffany M. Pietrzyk, CSR RPR CRR

which is used for, you know, future communications to membership, electronic communications to membership, recordkeeping of their charges, billing, and the like.

Q. Is that a specific software that you use?

A. Yes.  It's called Clubessentials.  It's a very popular club software system.

Q. (Inaudible.)

A. I'm sorry?

Q. When did the club begin using Clubessentials?

A. I honestly don't know.  My wife arrived here as the CFO ten years ago.  I've been here seven.  I believe the system was in place well before her start.

Q. Do you know if Clubessentials was in use from the inception of The Westmoor Club?

A. Oh, no.  I don't think automation like that was a thing then in 2024 -- in 2004.  Excuse me.

Q. Do you know how Westmoor's records that existed prior to the implementation of Clubessentials were entered into Clubessentials?

A. I'm sorry.  You broke up a little bit there.

Q. Sure.

time, but I can tell you today it's -- it's -- it likely would have been our director of membership or our CFO or a combination of the two.  But, again, I don't know when they acquired it and who did the input at that time.

Q. So you said you reviewed Clubessentials as part of your preparation?

A. In a very small way, I suppose I did. Again, just looking at how it was set up in the system.  It was a brief review.

Q. Do you know if The Westmoor has identified documents from Clubessentials as part of their document production?

A. I believe that statements, activity while they were members was provided.  But beyond that, no.

Q. What type of information is available in Clubessentials when you log into the software?

A. What kind of information?  So, again, the member account, who the primary member is, who the spouse is, members of the family who are each given membership account numbers, again, any chips that might have been signed at a food and beverage outlet or in our wellness center for spa services, guest

charges, perhaps a stay at the clubhouse.  Really accounting information.

Q. Do members have access to Clubessentials?

A. Yes, either through the website or an app.

Q. What type of information is available to -- for a member to view when they access Clubessentials?

A. Their account.  Nobody else's account. Their own account, activity calendars, event calendars.  There's an online membership directory which reflects our paper directory.  Yes.

They also have the ability to make reservations for various activities, including dining, when using the app or the online system.

Q. Backing up just a moment, we got to document collection too quickly.

Can you tell me about your position at The Westmoor?  What is that position?

A. I am the general manager.

Q. And how long have you been at The Westmoor?

A. I was hired in October of 2019.

Q. Can you tell us about your job responsibilities as the general manager?

A. I'm responsible for the oversight of the

Are memberships from expelled members resold?

A. Are they resold? Yes.

Q. Has the membership that is the subject of this dispute been resold?

A. Yes. We are still currently at 580 memberships, so yes.

MS. TRAHAN-LIPTAK: Can we go to page 15, please. Actually, we already discussed that, so maybe go to page 11.

Q. What is the club's policy, in the event of a member divorce, as to who maintains the membership?

A. In separation or divorce, the membership continues to be held by the primary member.

Q. And how do you determine who that primary member is?

A. We know from the application who signed as primary, who the primary is and how it was set up in the system.

Q. You said you know from the application.

Is that what your membership policy says, that it was based upon who signed as the primary?

MS. HUGGAN: Objection.

A. I don't know if it says that specifically.

CERTIFICATE OF SHORTHAND REPORTER-NOTARY PUBLIC

I, Tiffany M. Pietrzyk, CSR RPR CRR, the officer before whom the foregoing deposition was taken, do hereby certify that the foregoing transcript is a true and correct record of the testimony given; that said testimony was taken by me stenographically and thereafter reduced to typewriting under my direction; that reading and signing was requested; and that I am neither counsel for, related to, nor employed by any of the parties to this case and have no interest, financial or otherwise, in its outcome.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my notarial seal this 1st of April, 2026.

_____

My commission expires:

February 28th, 2028