# <u>Exhibit 5</u>



# Transcript of J. Graham Goldsmith

**Date:** March 25, 2026
**Case:** Horchow -v- The Westmoor Club, LLC

**Planet Depos**
**Phone:** 888.433.3767
**Email:** transcripts@planetdepos.com
**www.planetdepos.com**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - x

REGEN HORCHOW,                          :

PLAINTIFF, :

V.                          : CIVIL ACTION NO.

THE WESTMOOR CLUB, LLC,        : 1:25-CV-11008-WGY

DEFENDANT. :

- - - - - - - - - - - - - - X


REMOTELY CONDUCTED DEPOSITION OF

J. GRAHAM GOLDSMITH

WEDNESDAY, MARCH 25, 2026

9:30 A.M. EST


JOB NO.: 626204

PAGES: 1 - 85

REPORTED BY: KARISA EKENSEAIR, CCR RPR RMR RDR

wrote it.

Q   If you go down to the next page, please? And this first sentence, the first box on this page says "applicant" and then is listed "Fearon, Regen H."; is that right?

A   Yes.

Q   So based upon this first page of the application, the applicant is "Fearon, Regen"; is that right?

MR. CHAPMAN:  Object -- object --

A   That's the applicant, signed as a applicant.

Q   And then if you can go down four lines, it says "Spouse/Domestic Companion: Jeffrey"; is that right?

A   That's what it says.

Q   Remember we talked earlier that your membership plan states that a membership belongs to the listed as a member on the application, right?

A   Yeah.  Whoever signs it is our member, right.

Q   When we reviewed the membership plan together, it does not say whoever signed the

membership. It says whoever was listed as the member?

A  I did too. I said whoever signed it as the applicant -- as the member, which was signed by Dr. Fearon. And underneath, it was -- Regen signed as the spouse. That's what I said.

Q  In the membership plan, does it state that whoever signs the membership is the member -- is the member?

MR. CHAPMAN: Objection.

Go ahead.

A  I just told you, she -- he -- he signed it as -- as the member. What don't you understand about that?

Q  I could bring up the membership plan again if you'd like. I'm asking about the provisions of your membership plan.

A  What --

Q  Do the -- does the membership --

A  Why don't you roll down to the bottom. Does it show on the bottom of this sheet who signed as the -- as the member?

Q  We will look at that --

A  You're showing me part of the document.

CERTIFICATE OF SHORTHAND REPORTER-NOTARY PUBLIC

I, Karisa Ekenseair, the officer before whom the foregoing deposition was taken, do hereby certify that the foregoing transcript is a true and correct record of the testimony given; that said testimony was taken by me stenographically and thereafter reduced to typewriting under my direction; that reading and signing was requested; and that I am neither counsel for, related to, nor employed by any of the parties to this case and have no interest, financial or otherwise, in its outcome.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my notarial seal this 1st day of April, 2026.

_____

Karisa Ekenseair, CCR, RPR RMR RDR