# Exhibit 8

# STATEMENT



THE WESTMOOR CLUB
nantucket

| ACCOUNT NO | STATEMENT DATE |
|---|---|
| F007 | 07/31/2019 |

**BALANCE DUE***

**$1,889.15**

10 Westmoor Ln

Nantucket, MA 02554

508.228.9494

**Dr. & Mrs. Jeffrey Fearon**
**9785 Audubon Place**

**Dallas, TX 75220**

| DATE | REFERENCE | DESCRIPTION | AMOUNT | HOUSE CHG | TAX | TOTAL |
|---|---|---|---|---|---|---|
| | | *Balance Forward* | | | | $125.00 |
| 7/1/19 | 456866 | Spa & Fitness | | | | |
| 7/1/19 | | Personal Training | 125.00 | 0.00 | 0.00 | $125.00 |
| 7/3/19 | 458230 | Spa & Fitness | | | | |
| 7/3/19 | | Personal Training | 125.00 | 0.00 | 0.00 | $125.00 |
| 7/8/19 | 461947 | Outside Terrace | | | | |
| 7/8/19 | | Beverage | 10.25 | 2.05 | 0.86 | |
| 7/8/19 | | Food | 63.00 | 12.60 | 5.29 | $94.05 |
| 7/9/19 | 462235 | Beach Plum | 27.00 | 5.40 | 2.27 | $34.67 |
| 7/14/19 | 464985 | Spa & Fitness | | | | |
| 7/14/19 | | Other | 16.00 | 0.00 | 1.00 | $17.00 |
| 7/15/19 | 465358 | Spa & Fitness | | | | |
| 7/15/19 | | Personal Training | 125.00 | 0.00 | 0.00 | $125.00 |
| 7/15/19 | 465796 | Dining Room | | | | |
| 7/15/19 | | Beverage | 2.75 | 0.55 | 0.23 | $3.53 |
| 7/17/19 | 466530 | Spa & Fitness | | | | |
| 7/17/19 | | Personal Training | 125.00 | 0.00 | 0.00 | $125.00 |
| 7/19/19 | 467322 | Spa & Fitness | | | | |
| 7/19/19 | | Personal Training | 125.00 | 0.00 | 0.00 | $125.00 |
| 7/20/19 | 468119 | Beach Plum | 8.50 | 1.70 | 0.71 | $10.91 |
| 7/22/19 | 468967 | Spa & Fitness | | | | |
| 7/22/19 | | Personal Training | 125.00 | 0.00 | 0.00 | $125.00 |

| MINIMUM | TO DATE | BALANCE | ENDING |
|---|---|---|---|
| $0.00 | $0.00 | $0.00 | |

| CURRENT | OVER 30 | OVER 60 | OVER 90 |
|---|---|---|---|
| $1,764.15 | $125.00 | $0.00 | $0.00 |

| BALANCE DUE |
|---|
| $1,889.15 |

WESTMOOR000028

# STATEMENT



## THE WESTMOOR CLUB
### nantucket

| ACCOUNT NO | STATEMENT DATE |
|---|---|
| F007 | 07/31/2019 |

| BALANCE DUE* |
|---|
| $1,889.15 |

10 Westmoor Ln

Nantucket, MA 02554

508.228.9494

**Dr. & Mrs. Jeffrey Fearon**
**9785 Audubon Place**

**Dallas, TX 75220**

| DATE | REFERENCE | DESCRIPTION | AMOUNT | HOUSE CHG | TAX | TOTAL |
|---|---|---|---|---|---|---|
| 7/22/19 | 469507 | The Vanderbilt Room | | | | |
| 7/22/19 | | Beverage | 18.00 | 3.60 | 1.51 | |
| 7/22/19 | | Food | 118.00 | 23.60 | 9.92 | $174.63 |
| 7/24/19 | 470053 | Spa & Fitness | | | | |
| 7/24/19 | | Personal Training | 125.00 | 0.00 | 0.00 | $125.00 |
| 7/25/19 | 470991 | Aquatics | | | | |
| 7/25/19 | | Pool Guest Fee | 25.00 | 0.00 | 0.00 | $25.00 |
| 7/25/19 | 471007 | Aquatics | | | | |
| 7/25/19 | | Pool Guest Fee | 25.00 | 0.00 | 0.00 | $25.00 |
| 7/25/19 | 471523 | Parties & Special Events | | | | |
| 7/25/19 | | Other | 54.00 | 10.80 | 4.53 | $69.33 |
| 7/26/19 | 471208 | Spa & Fitness | | | | |
| 7/26/19 | | Personal Training | 125.00 | 0.00 | 0.00 | $125.00 |
| 7/26/19 | 471462 | Outside Terrace | | | | |
| 7/26/19 | | Beverage | 2.75 | 0.55 | 0.23 | |
| 7/26/19 | | Food | 44.00 | 8.80 | 3.70 | $60.03 |
| 7/29/19 | 472694 | Spa & Fitness | | | | |
| 7/29/19 | | Personal Training | 125.00 | 0.00 | 0.00 | $125.00 |
| 7/31/19 | 473827 | Spa & Fitness | | | | |
| 7/31/19 | | Personal Training | 125.00 | 0.00 | 0.00 | $125.00 |

| MINIMUM | TO DATE | BALANCE | ENDING |
|---|---|---|---|
| $0.00 | $0.00 | $0.00 | |

| CURRENT | OVER 30 | OVER 60 | OVER 90 |
|---|---|---|---|
| $1,764.15 | $125.00 | $0.00 | $0.00 |

| BALANCE DUE |
|---|
| $1,889.15 |

WESTMOOR000029

## Dr. Jeffrey Fearon

```
-------------------------------
         Westmoor Club
        (508) 228-9494
    www.thewestmoorclub.com
-------------------------------
Tkt #:          07/20/19 12:12 PM
468119
Beach Plum           Table: 10
Fearon, Jeffrey (F007)
-------------------------------
1 CHEESE QUESADILLA       $8.00
  1 GUACAMOLE             $0.50

            Sub Total: $8.50
        House Charge:$1.70
            Sales Tax:$0.71

               Total: $10.91

        Member Charge: $10.91
*******************************
*********
The house charge is an
administrative fee and does
not represent a tip or service
charge and no portion of the
house charge is distributed
to any service employees.
By signing above, the Member
acknowledges that the house
charge is not a tip.
*******************************
*********
```

```
-------------------------------
         Westmoor Club
        (508) 228-9494
    www.thewestmoorclub.com
-------------------------------
Tkt #:          07/22/19 9:20 PM
469507
The Vanderbilt        Table: 37
Room
Fearon, Jeffrey (F007)
-------------------------------
1 WATERMELON POKE APP    $14.00
1 STRIPED BASS           $42.00
1 Cucumber Salad         $10.00
1 SOFT SHELL CRAB APP    $18.00
1 Bucatini Entree        $34.00
1 Old Fashioned           $8.00
1 Tito's Time            $10.00

           Sub Total: $136.00
        House Charge:$27.20
            Sales Tax:$11.43

              Total: $174.63

        Member Charge: $174.63
*******************************
*********
The house charge is an
administrative fee and does not
represent a tip or service
charge
and no portion of the house
charge is distributed to any
service employees.  By
signing above, the Member
acknowledges that the
house charge is not a tip.
*******************************
*********
```

```
-------------------------------
         Westmoor Club
        (508) 228-9494
    www.thewestmoorclub.com
-------------------------------
Tkt #:          07/25/19 3:04 PM
470991
Aquatics             Table:
Fearon, Jeffrey (F007)
-------------------------------
1 Pool Guest Fee (Adult)
(Adult , Guest)          $25.00

           Sub Total: $25.00
        House Charge:$0.00
            Sales Tax:$0.00

               Total: $25.00

        Member Charge: $25.00
```

```
-------------------------------
         Westmoor Club
        (508) 228-9494
    www.thewestmoorclub.com
-------------------------------
Tkt #:          07/25/19 3:30 PM
471007
Aquatics             Table:
Fearon, Jeffrey (F007)
-------------------------------
1 Pool Guest Fee (Adult)
(Adult , Guest)          $25.00

           Sub Total: $25.00
        House Charge:$0.00
            Sales Tax:$0.00

               Total: $25.00

        Member Charge: $25.00
```

**WESTMOOR000030**

```
-------------------------------
         Westmoor Club
         (508) 228-9494
     www.thewestmoorclub.com
-------------------------------
Tkt #:          07/25/19 1:03 PM
471523
Parties &              Table: 1
Special Events
Fearon, Jeffrey (F007)
-------------------------------
1 Sunset Cruise on Belle
- Guest                  $40.00
2 Cranberry Juice Belle   $6.00
1 Belle Tito's            $8.00

          Sub Total: $54.00
         House Charge:$10.80
             Sales Tax:$4.53

              Total: $69.33

       Member Charge: $69.33
*******************************
*********
The house charge is an
administrative fee and does not
represent a tip or service
charge
and no portion of the house
charge is distributed to any
service employees.  by signing
above, the Member
acknowledges that the house
charge is not a tip.
*******************************
*********
```

WESTMOOR000031

## Mrs. Regen Fearon

```
--------------------------------
         Westmoor Club
        (508) 228-9494
     www.thewestmoorclub.com
--------------------------------
Tkt #:          07/01/19 6:49 AM
456866
Spa & Fitness          Table:
Fearon, Regen (F007A)
--------------------------------
1 Kelsi - Personal
Training 60 min         $125.00

          Sub Total: $125.00
          House Charge:$0.00
             Sales Tax:$0.00

               Total: $125.00

      Member Charge: $125.00
--------------------------------
```

```
--------------------------------
         Westmoor Club
        (508) 228-9494
     www.thewestmoorclub.com
--------------------------------
Tkt #:          07/03/19 6:31 AM
458230
Spa & Fitness          Table:
Fearon, Regen (F007A)
--------------------------------
1 Kelsi - Personal
Training 60 min         $125.00

          Sub Total: $125.00
          House Charge:$0.00
             Sales Tax:$0.00

               Total: $125.00

      Member Charge: $125.00
--------------------------------
```

```
--------------------------------
         Westmoor Club
        (508) 228-9494
     www.thewestmoorclub.com
--------------------------------
Tkt #:          07/08/19 2:33 PM
461947
Outside        Table: Table 115
Terrace
Fearon, Regen (F007A)
--------------------------------
1 Club House Salad       $20.00
1 Tacos                  $18.00
1 Chicken Paillard       $20.00
1 CH - SIDE OF FRIES      $5.00
1 Iced Tea and Lemonade  $2.75
1 Iced Tea                $3.00
1 San Pellegrino 250 ml   $4.50

          Sub Total: $73.25
          House Charge:$14.65
             Sales Tax:$6.15

               Total: $94.05

       Member Charge: $94.05
********************************
*********
The house charge is an
administrative fee and does not
represent a tip or service
charge
and no portion of the house
charge is distributed to any
service employees.  By
signing above, the Member
acknowledges that the
house charge is not a tip.
********************************
*********
```

```
--------------------------------
         Westmoor Club
        (508) 228-9494
     www.thewestmoorclub.com
--------------------------------
Tkt #:          07/09/19 8:27 AM
462235
Beach Plum           Table: 21
Fearon, Regen (F007A)
--------------------------------
2 BP - BAGEL              $6.00
1 APPLES AND PB           $4.00
1 BP - ANTIOXIDANT ANSWER $8.00
1 2 EGGS ANY STYLE        $9.00

          Sub Total: $27.00
          House Charge:$5.40
             Sales Tax:$2.27

               Total: $34.67

      Member Charge: $34.67
********************************
*********
The house charge is an
administrative fee and does
not represent a tip or service
charge and no portion of the
house charge is distributed
to any service employees.
By signing above, the Member
acknowledges that the house
charge is not a tip.
********************************
*********
```

```
--------------------------------
         Westmoor Club
        (508) 228-9494
     www.thewestmoorclub.com
--------------------------------
Tkt #:          07/14/19 9:30 AM
464985
Spa & Fitness          Table:
Fearon, Regen (F007A)
--------------------------------
1 Every Note Played      $16.00

          Sub Total: $16.00
          House Charge:$0.00
             Sales Tax:$1.00

               Total: $17.00

      Member Charge: $17.00
```

**WESTMOOR000032**

```
-------------------------------
         Westmoor Club
        (508) 228-9494
     www.thewestmoorclub.com
-------------------------------
Tkt #:          07/15/19 6:44 AM
465358
Spa & Fitness        Table:
Fearon, Regen (F007A)
-------------------------------
1 Kelsi - Personal
Training 60 min          $125.00

           Sub Total: $125.00
           House Charge:$0.00
             Sales Tax:$0.00

               Total: $125.00

     Member Charge: $125.00
```

```
-------------------------------
         Westmoor Club
        (508) 228-9494
     www.thewestmoorclub.com
-------------------------------
Tkt #:          07/17/19 6:22 AM
466530
Spa & Fitness        Table:
Fearon, Regen (F007A)
-------------------------------
1 Kelsi - Personal
Training 60 min          $125.00

           Sub Total: $125.00
           House Charge:$0.00
             Sales Tax:$0.00

               Total: $125.00

     Member Charge: $125.00
```

```
-------------------------------
         Westmoor Club
        (508) 228-9494
     www.thewestmoorclub.com
-------------------------------
Tkt #:          07/22/19 6:38 AM
468967
Spa & Fitness        Table:
Fearon, Regen (F007A)
-------------------------------
1 Kelsi - Personal
Training 60 min          $125.00

           Sub Total: $125.00
           House Charge:$0.00
             Sales Tax:$0.00

               Total: $125.00

     Member Charge: $125.00
```

```
-------------------------------
         Westmoor Club
        (508) 228-9494
     www.thewestmoorclub.com
-------------------------------
Tkt #:          07/15/19 2:36 PM
465796
Dining Room    Table: Table 41
Fearon, Regen (F007A)
-------------------------------
1 Iced Tea and Lemonade   $2.75

           Sub Total: $2.75
           House Charge:$0.55
             Sales Tax:$0.23

               Total: $3.53

     Member Charge: $3.53
*******************************
*********
The house charge is an
administration fee and does not
represent a tip or service
charge
and no portion of the house
charge is distributed to any
service employees.  By
signing above, the Member
acknowledges that the
house charge is not a tip.
*******************************
*********
```

```
-------------------------------
         Westmoor Club
        (508) 228-9494
     www.thewestmoorclub.com
-------------------------------
Tkt #:          07/19/19 6:14 AM
467322
Spa & Fitness        Table:
Fearon, Regen (F007A)
-------------------------------
1 Kelsi - Personal
Training 60 min          $125.00

           Sub Total: $125.00
           House Charge:$0.00
             Sales Tax:$0.00

               Total: $125.00

     Member Charge: $125.00
```

```
-------------------------------
         Westmoor Club
        (508) 228-9494
     www.thewestmoorclub.com
-------------------------------
Tkt #:          07/24/19 6:19 AM
470053
Spa & Fitness        Table:
Fearon, Regen (F007A)
-------------------------------
1 Kelsi - Personal
Training 60 min          $125.00

           Sub Total: $125.00
           House Charge:$0.00
             Sales Tax:$0.00

               Total: $125.00

     Member Charge: $125.00
```

WESTMOOR000033

```
-------------------------------
         Westmoor Club
         (508) 228-9494
    www.thewestmoorclub.com
-------------------------------
Tkt #:         07/26/19 6:14 AM
471208
Spa & Fitness        Table:
Fearon, Regen (F007A)
-------------------------------
1 Kelsi - Personal
Training 60 min        $125.00

         Sub Total: $125.00
         House Charge:$0.00
         Sales Tax:$0.00

            Total: $125.00

     Member Charge: $125.00
```

```
-------------------------------
         Westmoor Club
         (508) 228-9494
    www.thewestmoorclub.com
-------------------------------
Tkt #:         07/29/19 6:15 AM
472694
Spa & Fitness        Table:
Fearon, Regen (F007A)
-------------------------------
1 Kelsi - Personal
Training 60 min        $125.00

         Sub Total: $125.00
         House Charge:$0.00
         Sales Tax:$0.00

            Total: $125.00

     Member Charge: $125.00
```

```
-------------------------------
         Westmoor Club
         (508) 228-9494
    www.thewestmoorclub.com
-------------------------------
Tkt #:         07/26/19 1:45 PM
471462
Outside        Table: Table 115
Terrace
Fearon, Regen (F007A)
-------------------------------
1 Iced Tea and Lemonade  $2.75
1 Tuna/Avocado/Melon
Salad                   $24.00
1 Chicken Paillard      $20.00

          Sub Total: $46.75
          House Charge:$9.35
          Sales Tax:$3.93

             Total: $60.03

      Member Charge: $60.03
*****************************
*********
The house charge is an
administrative fee and does not
represent a tip or service
charge
and no portion of the house
charge is distributed to any
service employees.  By
signing above, the Member
acknowledges that the
house charge is not a tip.
*****************************
*********
```

```
-------------------------------
         Westmoor Club
         (508) 228-9494
    www.thewestmoorclub.com
-------------------------------
Tkt #:         07/31/19 6:20 AM
473827
Spa & Fitness        Table:
Fearon, Regen (F007A)
-------------------------------
1 Kelsi - Personal
Training 60 min        $125.00

         Sub Total: $125.00
         House Charge:$0.00
         Sales Tax:$0.00

            Total: $125.00

     Member Charge: $125.00
```

**WESTMOOR000034**

# STATEMENT



## THE WESTMOOR CLUB
### nantucket

| ACCOUNT NO | STATEMENT DATE |
|---|---|
| F007 | 08/31/2013 |

10 Westmoor Ln

Nantucket, MA 02554

508.228.9494

| BALANCE DUE* |
|---|
| -$332.72 |

**Dr. & Mrs. Jeffrey Fearon**
**9785 Audubon Place**

**Dallas, TX 75220**

Il..ldl..ld..ld.ldllll...ldll

| DATE | REFERENCE | DESCRIPTION | AMOUNT | HOUSE CHG | TAX | TOTAL |
|---|---|---|---|---|---|---|
| | | *Balance Forward* | | | | $398.18 |
| 8/3/13 | 118230 | Tennis Shop | | | | |
| 8/3/13 | | Tennis Lessons & Services | 150.00 | 0.00 | 0.00 | $150.00 |
| 8/5/13 | 141991 | Daily Squash Clinic Regular | 40.00 | 0.00 | 0.00 | $40.00 |
| 8/8/13 | 121152 | Beach Plum | 5.50 | 1.00 | 0.44 | $6.94 |
| 8/8/13 | 121227 | Beach Plum | 1.75 | 0.32 | 0.14 | $2.21 |
| 8/8/13 | 121231 | Beach Plum | 5.25 | 0.96 | 0.42 | $6.63 |
| 8/8/13 | 121365 | Aquatics | | | | |
| 8/8/13 | | Pool Guest Fee | 20.00 | 0.00 | 0.00 | $20.00 |
| 8/13/13 | 1055 | Payment | | | | -$956.68 |

| MINIMUM | TO DATE | BALANCE | ENDING |
|---|---|---|---|
| $0.00 | $0.00 | $0.00 | |

| CURRENT | OVER 30 | OVER 60 | OVER 90 |
|---|---|---|---|
| -$332.72 | $0.00 | $0.00 | $0.00 |

| BALANCE DUE |
|---|
| -$332.72 |

WESTMOOR000035

## Dr. Jeffrey Fearon

```
-------------------------------
         Westmoor Club
         (508) 228-9494
     www.thewestmoorclub.com
-------------------------------
Tkt #:          08/08/13 2:55 PM
121227
Beach Plum             Table: 6
Fearon, Jeffrey (F007)
-------------------------------
1 BP - Side of Fries      $1.75

              Sub Total: $1.75
           House Charge:$0.32
              Sales Tax:$0.14

                 Total: $2.21

         Member Charge: $2.21
******************************
*********
The house charge is an
administrative fee and does
not represent a tip or service
charge and no portion of the
house charge is distributed
to any service employees.
By signing above, the Member
acknowledges that the house
charge is not a tip.
******************************
*********
```

```
-------------------------------
         Westmoor Club
         (508) 228-9494
     www.thewestmoorclub.com
-------------------------------
Tkt #:          08/08/13 5:09 PM
121365
Aquatics               Table:
Fearon, Jeffrey (F007)
-------------------------------
1 Diana                  $10.00
1 Juliet                 $10.00

             Sub Total: $20.00
          House Charge:$0.00
             Sales Tax:$0.00

                Total: $20.00

        Member Charge: $20.00
```

**WESTMOOR000036**

## Fiona Fearon

```
-------------------------------
          Westmoor Club
         (508) 228-9494
      www.thewestmoorclub.com
-------------------------------
Tkt #:           08/03/13 7:51 AM
118230
Tennis Shop            Table:
Fearon, Fiona (F007C)
-------------------------------
1 Weekly Squash Clinic
Regular                 $150.00

        Sub Total: $150.00
        House Charge:$0.00
        Sales Tax:$0.00

           Total: $150.00

     Member Charge: $150.00
```

```
-------------------------------
          Westmoor Club
         (508) 228-9494
      www.thewestmoorclub.com
-------------------------------
Tkt #:          08/05/13 12:00 AM
141991
Tennis Shop            Table:
Fearon, Fiona (F007C)
-------------------------------
1 Daily Squash Clinic
Regular                  $40.00

        Sub Total: $40.00
        House Charge:$0.00
        Sales Tax:$0.00

           Total: $40.00

     Member Charge: $40.00
```

```
-------------------------------
          Westmoor Club
         (508) 228-9494
      www.thewestmoorclub.com
-------------------------------
Tkt #:           08/08/13 1:43 PM
121152
Beach Plum            Table: 3
Fearon, Fiona (F007C)
-------------------------------
1 BP - Side of Fries       $1.75
1 BP - Side of Fries       $1.75
1 BP - Chips               $1.00
1 BP - Chips               $1.00

          Sub Total: $5.50
          House Charge:$1.00
          Sales Tax:$0.44

             Total: $6.94

       Member Charge: $6.94
*******************************
*********
The house charge is an
administrative fee and does
not represent a tip or service
charge and no portion of the
house charge is distributed
to any service employees.
By signing above, the Member
acknowledges that the house
charge is not a tip.
*******************************
*********
```

```
-------------------------------
          Westmoor Club
         (508) 228-9494
      www.thewestmoorclub.com
-------------------------------
Tkt #:           08/08/13 3:05 PM
121231
Beach Plum            Table: 2
Fearon, Fiona (F007C)
-------------------------------
1 BP - Side of Fries       $1.75
1 BP - Side of Fries       $1.75
1 BP - Side of Fries       $1.75

          Sub Total: $5.25
          House Charge:$0.96
          Sales Tax:$0.42

             Total: $6.63

       Member Charge: $6.63
*******************************
*********
The house charge is an
administrative fee and does
not represent a tip or service
charge and no portion of the
house charge is distributed
to any service employees.
By signing above, the Member
acknowledges that the house
charge is not a tip.
*******************************
*********
```

**WESTMOOR000037**