# <u>Exhibit 9</u>

From: **Regen Horchow** regenf@swbell.net 📎
Subject: Westmoor
Date: October 4, 2021 at 4:14 PM
To: Jeff Fearon 2JAFearon@gmail.com



Jeff,

Re:  Westmoor  www.thewestmoorclub.com
I'm pretty sure that the dinner charge on 9/2 is yours.  So, why don't you pay the full bill personally and add my half of $275 Staff Appreciation to the next invoice you send me for credit card payments.

Begin forwarded message:

**From:** billing@thewestmoorclub.com
**Subject: Westmoor Club Member Statement - September, 2021**
**Date:** October 4, 2021 at 2:01:01 PM CDT
**To:** regenf@swbell.net

●                                                    Foo7A

Dear Mrs. Fearon,

Attached is your statement as of September 30, 2021.

If you are setup for auto pay (notice will appear at the top in the body of your statement), an ACH debit will be deducted on October 10, 2021.

Please note you can pay your statement (including dues) online.  Simply go to our website at www.thewestmoorclub.com, log in using the member number listed above and go to the Statements tab.  Under the statements tab you will find instructions to pay your balance using either ACH Debit or by Credit Card. There is a 2.85% service fee paid directly to the service provider for credit card transactions.  **You may still pay by check if you prefer.**

**Included in your September statement is the unspent minimum for the season. As a reminder, this is a $500 minimum to be spent in the Clubhouse for food only. Any October dining charges have been included.**

**Additionally, you will see the Employee Appreciation Fund charge of $275 on your statement. If you increased your amount, decreased or opted out, you will see an additional line item to show the adjustment.**

Please let me know if you have any questions or concerns.

HORCHOW_0304

From: **Regen Fearon** regenf@swbell.net
Subject: Re: The Westmoor Club Member Statement - January, 2021
Date: February 2, 2021 at 2.53 PM
To: Jeff Fearon 2JAFearon@gmail.com



Assume you want to continue splitting this membership.  If so, Donna can pay out of the 23 Cliff bank account.

On Feb 2, 2021, at 12:03 PM, billing@thewestmoorclub.com wrote:

- F007A

Dear Mrs. Fearon,

Attached is your statement as of January 31, 2021.

If you are setup for auto pay (notice will appear at the top in the body of your statement), an ACH debit will be deducted on February 10, 2021.

Please note you can pay your statement (including dues) online.  Simply go to our website at www.thewestmoorclub.com, log in using the member number listed above and go to the Statements tab.  Under the statements tab you will find instructions to pay your balance using either ACH Debit or by Credit Card. There is a 2.85% service fee paid directly to the service provider for credit card transactions.  **You may still pay by check if you prefer.**

**Your 1st installment dues of $4,550.00 for 2021 is reflected in this statement. The 2nd installment will be billed with your March statement. There was no increase to your dues this year.**

Please let me know if you have any questions or concerns.

Warm Regards,

Laurie

Laurie Cormay Cowden
Chief Financial Officer
laurie.cowden@thewestmoorclub.com
(508) 228-9494, ext. 104
The Westmoor Club

www.thewestmoorclub.com

<2128-12021.pdf>

HORCHOW_0309