

WESTMOOR000121