# Exhibit 15

| | |
|---|---|
| **From:** | Regen Horchow |
| **To:** | Laurie Cowden |
| **Subject:** | Re: Application |
| **Date:** | Tuesday, April 6, 2021 6:29:54 PM |

Thank you so much, Laurie.  As I mentioned, Jeff and I divorced but plan to continue to share the membership as we continue to co-own our home at 23 Cliff.

If it is possible to list me as the primary instead of Jeff, I would really appreciate it given that the application is in my handwriting and the check is from my Dad.  If this causes issues, then don't worry about it. I don't want to stir anything up or be difficult.  It's a little of a feminist thing for me that the male seems to automatically be listed as primary in many cases.

:)

> On Apr 6, 2021, at 4:24 PM, Laurie Cowden <Laurie.Cowden@thewestmoorclub.com> wrote:
>
> Good Afternoon Ms. Horchow,
> As promised, attached please find your original application for membership at The Westmoor Club.
> Best,
> Laurie
>
>
> **Laurie Cormay Cowden**
> **Chief Financial Officer**
>
> **<image001.jpg>**
>
> The Westmoor Club
> 10 Westmoor Lane
> Nantucket, MA 02554
>
> Phone: 508.228.9494, ext. 104
> Fax: 508.228.4994
> www.thewestmoorclub.com
>
>
> <Fearon Application.pdf>

Regen Horchow
███████3112
regenhorchow@gmail.com
██████████████
Dallas, TX 75201