# Exhibit 16



Begin forwarded message:

**From:** Regen Horchow <regenhorchow@gmail.com>
**Subject: Re: Application**
**Date:** April 7, 2021 at 9:15:24 AM CDT
**To:** Laurie Cowden <Laurie.Cowden@thewestmoorclub.com>

ok :(

> On Apr 7, 2021, at 8:58 AM, Laurie Cowden
> <Laurie.Cowden@thewestmoorclub.com> wrote:
>
> Hello Ms. Horchow,

1

HORCHOW_0002

I am happy to help! I do have concerns about changing anything related to your membership at this time.
Perhaps we leave as is for now and revisit in the future?
Best,
Laurie

---

**From:** Regen Horchow <regenhorchow@gmail.com>
**Sent:** Tuesday, April 6, 2021 6:30 PM
**To:** Laurie Cowden <Laurie.Cowden@thewestmoorclub.com>
**Subject:** Re: Application

Thank you so much, Laurie.  As I mentioned, Jeff and I divorced but plan to continue to share the membership as we continue to co-own our home at 23 Cliff.

If it is possible to list me as the primary instead of Jeff, I would really appreciate it given that the application is in my handwriting and the check is from my Dad.  If this causes issues, then don't worry about it. I don't want to stir anything up or be difficult.  It's a little of a feminist thing for me that the male seems to automatically be listed as primary in many cases.

:)

> On Apr 6, 2021, at 4:24 PM, Laurie Cowden <Laurie.Cowden@thewestmoorclub.com> wrote:
>
> Good Afternoon Ms. Horchow,
> As promised, attached please find your original application
> for membership at The Westmoor Club.
> Best,
> Laurie
>
>
> **Laurie Cormay Cowden**
> **Chief Financial Officer**
>
> **<image001.jpg>**
>
> The Westmoor Club
> 10 Westmoor Lane
> Nantucket, MA 02554
>
> Phone: 508.228.9494, ext. 104
> Fax: 508.228.4994
> www.thewestmoorclub.com
>
> <Fearon Application.pdf>

2



**From: Regen Horchow** regenhorchow@gmail.com
**Subject:** Need your memory on a membership question
**Date:** July 5, 2022 at 10:53 AM
**To:** kittygoldsmith@gmail.com
**Bcc:** etilney@gmail.com

Kitty,

I hope this finds you well and that perhaps we can play some mahjongg this summer. Are you still playing? I haven't noticed a regular game at Westmoor but I have just arrived on island, so maybe I just haven't gotten with the program yet.

I am wondering if you would be wiling to help me with a Westmoor issue.

Way back at the start of the club when you were acting as the membership department for Westmoor, you invited my dad to join. He chose to accept your invitation by paying for a membership for me and my family (and he was allowed to use the gym as my family member). He wrote the check for me and my then husband, Jeff Fearon. The club has a copy of the check that he wrote. The club also has the membership form which I completed.

Jeff and I divorced in 2020 and, for now, still share our house at 23 Cliff and continue to share the Westmoor membership. The Club has said it is ok with a shared membership as long was we continue to pay our fees and bills! At the Nantucket Yacht Club, I was the member and Jeff had to re-apply. (He was declined.)

At the Westmoor, the issue is that HE is listed as the primary member rather than me. I am not asking the Westmoor to choose between us. However, I would like the Club to acknowledge that because I/my Dad paid the original fee, I am the primary member rather than he.

When I called the club to ask about this, the person in the office (CFO?) was reluctant to make any changes to our membership "at this time" despite the fact that she has the copy of the check from my dad on file.

I do NOT want to make a huge issue out of this; however, should I get into a future legal argument with Jeff about our Nantucket assets, I believe it important that I be listed as the primary member. (I, personally, paid my father back over time. Jeff paid no portion of the initiation fee although he did help pay for the ongoing fees.)

Would you feel comfortable advocating that a simple switch of names in the Westmoor system reflect that I, Regen Horchow, am the primary member?
Ideally, the membership should be changed and listed as "Regen Horchow and Jeff Fearon" but, if that is asking too much, I'll live with the original listing of Regen and Jeff Fearon.
I would hope that a change would NOT trigger any communication to anyone. I would not like to draw attention to any modification as it t is merely a change in how the computer system sees our membership and doesn't impact the use of our membership in any way.

Would you be willing to inquire and advocate for at least the primary membership change? If this is not comfortable for you, I understand. But, since Dad (we) joined when you were soliciting members and since you knew Dad, I thought you might be willing to help me with this somewhat delicate matter.

I'm on island all of July and happy to take you for lunch or coffee if you'd like to discuss in person.

With great appreciation for any help you are wiling to provide.

Regen Horchow
214.676.3112
regenhorchow@gmail.com
1918 N.Olive Street #603
Dallas, TX 75201

HORCHOW_0302

 **Laurie Cowden**                                   Yesterday at 11:08 AM

FW: Westmoor Club – Dr. Jeffrey Fearon

To: REGEN,  Jeff Fearon,  **Cc:** John Cowden,  Alex del Nido          **Details**



Good afternoon,

Please find the attached letter from attorney Alex del Nido.
The Westmoor Club does not become involved in marital disputes.
It was our understanding that the decision to suspend your membership was a joint decision while you and your attorneys sorted things out.
I am unsuspending the membership at this time.

Please work this through with your attorneys.

Best,
Laurie


**Laurie Cormay Cowden**
**Chief Financial Officer**

HORCHOW_0374



**REGEN**                                    February 1, 2023 at 4:38 PM
Re: F007 Membership
To: John Cowden,  Kitty Goldsmith,                                    Details

Hello John,

If you recall, last year we discussed the issue involving my Westmoor Club membership (F007). As I stated at that time, I firmly expected to have the issue resolved by now because I had no reason to believe that Jeff and I couldn't work it out quickly and amicably.

It is important to me and my family, for financial and non-financial reasons, that I keep my Westmoor membership for the time being. However, while Jeff and I continue our efforts to come to an agreement about our Nantucket assets, I certainly do not want to put the Club in an awkward position.  I, therefore, believe it is appropriate, as you suggested, that the Club suspend the membership, effective immediately, until Jeff and I work out our situation.

I understand that means that neither Jeff nor I will be able to use the Club's facilities until the issue is resolved. In the meantime, I will make sure that all membership dues are timely and fully paid so the membership stays in good standing.

Thank you very much for your immediate attention to this matter.

Best regards,

Regen Horchow

HORCHOW_0376



**REGEN**

July 22, 2022 at 12:41 PM

Re: F007 Membership

To: John Cowden,  Cc: Kitty Goldsmith,  Bcc: REGEN

**Details**



Thank you for getting back to me.

I truly appreciate that the Club is giving me until next season to work out who retains the membership.  With this time, I believe I CAN work it out with Jeff without any ramifications to the Club.  As long as he is able to use the Club when he is here next month (August), I will call the question after this season and will get the Club an answer - agreed between Jeff and me - before next June.

Regen

HORCHOW_0380

■ Found in Important Mailbox

 **John Cowden**  
RE: F007 Membership  
To:  REGEN,   Kitty Goldsmith

February 2, 2023 at 4:04 PM

Ms. Horchow,

Thank you for your email and, again, for your understanding. We have gone ahead and suspended the membership pending receipt of an acceptable agreement between you and Mr. Fearon.
I want to thank you too, and in advance, for keeping the membership account current with payment of dues as invoiced.
Please let me know if I might be of further assistance.

Best,

John

**John J. Cowden, Jr.**  
**General Manager**



HORCHOW_0384

Found in Sent – regenhorchow@gmail.com Mailbox



**REGEN**                                                                July 5, 2023 at 3:49 PM
Re: Sabrina

To:  Laurie Cowden

---

No. Our agreement with the club was thst we would suspend the membership until ownership could be established.  So no one should use it.

Regen Horchow (note new email)
214.676.3112
Sent from my iPhone

**See More** from Laurie Cowden

---

Found in Important Mailbox



**Laurie Cowden**                                                        July 5, 2023 at 3:21 PM
RE: Sabrina

To:  REGEN

---

It's OK! I just wanted to make sure that we were following through with your wishes.
Would you like us to allow her to be here during her stay? It is up to you.
Best,
Laurie

**Laurie Cormay Cowden**
**Chief Financial Officer**

HORCHOW_0388



**Laurie Cowden**    July 5, 2023 at 1:14 PM

Sabrina

To:  REGEN,  Cc:  John Cowden    Details

**Siri Found a Contact**

Laurie Cowden

laurie.cowden@thewestmoorclub.com    Add    ✕

Good afternoon Ms. Horchow,

I hope that you are well. I know that you had made the decision to suspend your membership until you and Dr. Fearon had come to an agreement regarding your Club membership, however, your daughter. Sabrina is here at the Club with a guest.

She had dinner on the 1st and has been active at the Wellness Center.

I am not sure if you would like me to explain the suspension or allow her to continue to utilize the Club.

I apologize for this confusion.

Best,
Laurie

**Laurie Cormay Cowden**
**Chief Financial Officer**



HORCHOW_0389