# <u>Exhibit 18</u>

quinn emanuel  trial lawyers | boston

111 Huntington Avenue, Suite 520, Boston, Massachusetts 02199-7626 | TEL (617) 712-7100 FAX (617) 712-7200

WRITER'S DIRECT DIAL NO.
**(617) 712-7113**

WRITER'S EMAIL ADDRESS
**alexdelnido@quinnemanuel.com**

July 12, 2023

Laurie Cormay Cowden
Chief Financial Officer
The Westmoor Club
10 Westmoor Lane
Nantucket, MA 02554

Re:    Erroneous Suspension of Dr. Jeffrey A. Fearon's Westmoor Club Membership

Dear Ms. Cowden:

Please be advised that this office represents Dr. Jeffrey A. Fearon ("Dr. Fearon").  It has come to our attention that The Westmoor Club has suspended the membership of Dr. Fearon, at the request of his ex-wife, Regen Horchow, and that Ms. Horchow has also requested a suspension of the membership rights of the entire family, including their daughters Sabrina and Fiona Fearon. We understand that the Club may have been misled into taking these steps by an attorney for Ms. Horchow who claimed that Dr. Fearon and Ms. Horchow had somehow agreed to suspend Dr. Fearon's membership, and by similar statements from Ms. Horchow herself.

We write to correct any misunderstandings and to request an immediate reversal of the erroneous suspension of Dr. Fearon's membership.  Dr. Fearon, not Regen Horchow, is the holder of the Club membership, as demonstrated by his signature as Applicant on the Club Application dated August 1, 2004, and his designation as such in the Club's online directory.  Dr. Fearon has also paid the Club's dues and charges for his family for the duration of his 19 years of membership, including during the three years since his and Ms. Horchow's divorce.  Ms. Horchow (who is listed in the Club's directory as the "Spouse" of Dr. Fearon) lacks any authority, under the Club's Membership Plan or otherwise, to suspend Dr. Fearon's membership or the use privileges of the other members of Dr. Fearon's family.

We do not believe there is any dispute that Dr. Fearon is the holder of the Club membership. Ms. Horchow's counsel may have suggested otherwise, but even if that were so, there is no question that Sabrina and Fiona Fearon are Family Members, as they are under the age of 35 and do not own a home on Nantucket Island.  Accordingly, in addition to reversing the suspension of Dr. Fearon's membership, we also request that the Club permit Fiona Fearon and Sabrina Fearon to exercise their full privileges as Family Members at the Club this season.

quinn emanuel urquhart & sullivan, llp

ABU DHABI | ATLANTA | AUSTIN | BEIJING | BERLIN | BOSTON | BRUSSELS | CHICAGO | DALLAS | DOHA | HAMBURG | HONG KONG | HOUSTON | LONDON | LOS ANGELES | MANNHEIM | MIAMI | MUNICH | NEUILLY-LA DEFENSE | NEW YORK | PARIS | PERTH | RIYADH | SALT LAKE CITY | SAN FRANCISCO | SEATTLE | SHANGHAI | SILICON VALLEY | STUTTGART | SYDNEY | TOKYO | WASHINGTON

HORCHOW_0294

HORCHOW_0295

I would appreciate hearing from you at your earliest convenience to confirm that this situation has been remedied.

Very Truly Yours,

QUINN EMANUEL URQUHART & SULLIVAN, LLP

Alexander S. del Nido

ASD