# Exhibit 19

# FITCH

JONATHAN W. FITCH
jwf@fitchlp.com

**FITCH LAW PARTNERS LLP**
84 STATE STREET
BOSTON, MA 02109

July 17, 2023

By Email

John J. Cowden, Jr.
General Manager
The Westmoor Club
10 Westmoor Lane
Nantucket, MA 02554

Re:    Suspension of Regen Horchow and Jeffrey Fearon's Westmoor Club
       Membership

Dear Mr. Cowden:

I represent the interests of Regen Horchow with respect to her claims against The Westmoor Club for breach of contract and violations of G.L. Chapter 93A, Sections 2 and 9. Please accept this Letter as a Demand pursuant to the provisions of Section 9 that The Westmoor Club immediately cease and desist from unfair and deceptive acts and practices which injure Regen Horchow.

## FACTS

The facts relevant to Ms. Horchow's claims include the following:

1.    By an email to Regen Horchow dated July 22, 2022 (attached), John Cowden stated that the Club would not become involved in disputes regarding any membership in the Club. He implicitly acknowledges that Regen Horchow is the Club Member and says that, "...while the Club can *immediately* suspend the membership, as an accommodation to you, the Club is willing to delay a suspension of the membership until the 2023 season in order to give you and Mr. Fearon sufficient time to agree upon membership."

PHONE  617-542-5542
FAX  617-542-1542
FITCHLP.COM

HORCHOW_0364

John J. Cowden, Jr.
July 17, 2023
Page 2

2.      By an email to John Cowden dated February 1, 2023 (attached), Regen Horchow states, "...it is appropriate, as you suggested, that the Club suspend the membership, effective immediately, until Jeff and I work out the situation."

3.      In an email to Regen Horchow dated February 2, 2023, "RE: F007 Membership" (attached), John Cowden states, "We have gone ahead and suspended the membership pending receipt of an acceptable agreement between you and Mr. Fearon." Another implicit indication that the Club recognizes Ms. Horchow as the Primary Member is that on July 5, 2023, Ms. Cowden wrote Ms. Horchow (notably not Jeffrey Fearon) about Sabrina Fearon's use of the Club.

4.      By a letter dated July 12, 2023, Alex del Nido, counsel for Jeffrey Fearon sent a letter to Laurie Cowden requesting "an immediate reversal" of the suspension of Jeffrey Fearon's membership. Del Nido's letter makes a series of false representations including, without limitation, that Jeffrey Fearon, not Regen Horchow, is the "holder" of the Club membership. As grounds, Del Nido refers to Fearon's "signature as Applicant on the Club Application dated August 1, 2004" and his designation on the Club's online directory. It is shocking that Del Nido does not include a copy of the Club Application with his letter (a copy is attached herero), which clearly identifies Regen H. Fearon (Regen Horchow's former name) as "APPLICANT" and Jeffrey A. Fearon as "SPOUSE/COMPANION" on PAGE ONE. The cover of the Membership Application has "Fearon, Regen" (not Fearon, Jeffrey) written on it. Further, attached to the application are two checks written on the account of Regen's father, S. Roger Horchow, Trustee, including one check in the amount of $50,000, with a hand-written notation, "For Regen Fearon, Regular and Elizabeth Routman - Regular," and the other check in the amount of $200,000, thus covering the Membership Fees of both Regen and her sister. These checks were accepted and deposited by the Club. It is relevant that Regen Horchow's father, NOT Jeffrey Fearon, paid the membership application fee and deposit of $125,000. Del Nido's assertion that Jeffrey Fearon has paid dues and charges - while disputed - is not relevant to del Nido's assertion of Jeffrey's membership status as anything other than "SPOUSE/COMPANION."

5.      Del Nido's letter also says that, "...in addition to reversing the suspension of Dr. Fearon's membership, we also request that the Club permit Fiona Fearon and Sabrina Fearon to exercise their full privileges as Family Members at

HORCHOW_0365

John J. Cowden, Jr.
July 17, 2023
Page 3

the Club this season." Regen Horchow objects to the Club reversing the suspension of Jeffrey Fearon's "membership." It is up to the Club whether or not the children, Fiona and Sabrina Fearon and Samantha Pillsbury are allowed to use the Club while the membership ownership is in question. Samantha Pillsbury will be on island in August but the other girls have no concrete plans to be on Nantucket for the rest of the 2023 season.

6.      By an email dated July 13, 2023 to Regen Horchow and Jeffrey Fearon (attached), Laurie Cowden stated that, "I am unsuspending the membership at this time."

7.      On July 14, 2023, I spoke with Laurie Cowden, Chief Financial Officer, and informed her that Ms. Horchow wanted her Club membership to remain suspended because her membership is the subject of a legal dispute she has with her former husband, Jeffrey Fearon, and her membership should therefore be suspended until the matter is resolved by the Court. Ms. Cowden responded that Jeffrey Fearon is the club Member and that the membership would not be suspended.

## VIOLATIONS OF CHAPTER 93A

The Wesmoor Club has engaged in unfair and deceptive acts and practices in violation of G. L. 93A and the regulations promulgated thereunder. The Wesmoor Club's violations include but are not limited to the following:

a.      It has breached the Member Agreement ("Agreement") between Regen Horchow and The Westmoor Club.

b.      It has violated the implied covenant of good faith and fair dealing in the Agreement.

c.      It has failed and refused to recognize Regen Horchow's status as a Member of the Club.

d.      It has misrepresented that Jeffrey Fearon, not Regen Horchow, is a Member of the Club.

HORCHOW_0366

John J. Cowden, Jr.
July 17, 2023
Page 4

e.    It has misrepresented that Regen Horchow's membership would be suspended as of February 2, 2023.

f.    It has unsuspended Regen Horchow's membership without her authorization.

g.    It has discriminated against Regen Horchow based upon her gender and former status as wife of Jeffrey Fearon.

h.    It is implicitly threatening to deprive Regen Horchow of her rights to be repaid her Membership Deposit upon resignation from the club.

Regen Horchow has been injured by The Wesmoor Club's employment of methods, acts and practices declared unlawful under Sections 2 and 9 of Chapter 93A. The Westmoor Club's knowing refusal to recognize Regen Horchow's status as the Member is inexcusable and calculated to cause her financial harm and emotional pain. As a Member who chooses to sell her membership back to the Club, she has the right to receive 80% of the current initiation fee, which at last report was $480,000. The club's intentional conduct and unlawful discrimination has caused Regen Horchow to suffer aggravation, upset and emotional pain.

## DEMAND FOR RELIEF

Regen Horchow hereby demands as follows: (a) The Westmoor Club shall immediately affirm her Membership in the Westmoor Club, (b) The Westmoor Club shall <u>immediately</u> deny Jeffrey Fearon any privilege to use the club facilities during the remainder of the 2023 season and beyond, and (c) The Westmoor Club shall pay her the sum of $25,000 to compensate her for the aggravation, upset and emotional pain she has suffered.

Please be advised if you do not provide the relief demanded or make a reasonable tender of settlement within 30 days of the date of this letter, Regen Horchow will bring an action against The Westmoor Club in an appropriate Court and therein seek to be awarded double or triple damages, plus her attorneys' fees and costs, as provided by Section 9 of Chapter 93A.

HORCHOW_0367

John J. Cowden, Jr.
July 17, 2023
Page 5

Sincerely,

Jonathan W. Fitch

JWF:cb
Enclosures

HORCHOW_0368