# **Exhibit 23**



1917                    2005

THE WESTMOOR CLUB
n a n t u c k e t

January 29, 2025

Dear Ms. Horchow:

Following the disciplinary hearing before a committee of members designated to hear your appeal (the "Appeal Committee"), the Appeal Committee has voted to affirm the Club's decision to expel you. While the Appeal Committee appreciated your candor and sincerity during the hearing, the Appeal Committee found that the failure by you and your former husband to inform the Club promptly of your divorce, resulted in the two of you continuing to use the Club as if you were still married. This failure to be forthcoming was not only misleading, it eventually resulted in the two of you involving the Club in your dispute, which is a clear violation of the Club's Membership Plan conditions. You then compounded this violation by suing the Club in a foreign jurisdiction. [1] This conduct not only violated the Membership Plan, it was also contrary to your own representations to the Club on July 22, 2022 that you would "work out who retains the membership" by the following season "without any ramifications to the Club." As indicated in the Club's Membership Plan and in my email to you on July 22, 2022, the Club is **not** to be involved in disputes regarding any membership in the Club.

In addition to affirming your expulsion from the Club, pursuant to the Club's Membership Plan, the Appeal Committee reaffirms the Club's determination that you are not entitled to any refund of your Membership Deposit.

Sincerely,

John J. Cowden, Jr.
General Manager

---

[1] *See* the following conditions in the Club Membership Plan:

**Separation and divorce.** In the event of separation, only the Member designated on the Membership Application will have the privileges of membership. In the case of divorce of a married Member, the membership shall belong to the spouse designated on the Membership Application as the Member unless otherwise provided by agreement between the parties or by court order. If the membership is awarded to the non-member spouse by settlement agreement or court order, the non-member spouse must apply and be approved for membership by the Club. In the event the non-member spouse is not approved for membership, the membership will be deemed resigned.

**The Club will not become involved in disputes.** The Club will not become involved in disputes regarding any membership in the Club. In the case of such disputes, the Club may (but will not be required to) at any time, at its discretion, suspend all of the privileges associated with the membership in question until the dispute is resolved and the Club receives evidence, satisfactory to it, of the resolution of the dispute. During the dispute, all dues and charges must continue to be paid. Failure to pay all dues and charges may result in forfeiture of the membership. The Club may require any evidence it deems necessary to determine eligibility for use privileges and may terminate the use privileges of any person in order to prevent abuses of the intent of this Membership Plan.



THE WESTMOOR CLUB
n a n t u c k e t

January 29, 2025

Dear Dr. Fearon:

Following the disciplinary hearing before a committee of members designated to hear your appeal (the "Appeal Committee"), the Appeal Committee has voted to affirm the Club's decision to expel you. While the Appeal Committee appreciated your candor and sincerity during the hearing, the Appeal Committee found that the failure by you and your former wife to inform the Club promptly of your divorce, resulted in the two of you continuing to use the Club as if you were still married. This failure to be forthcoming was not only misleading, it eventually resulted in the two of you involving the Club in your dispute, which is a clear violation of the Club's Membership Plan conditions. While the Club accepts your representation, made in a prior communication and at the hearing, that it was not your decision to involve the Club in litigation, if you had believed the membership to belong to you, you should have notified the Club promptly of the divorce. Your failure to do so, at a minimum, laid the groundwork for your spouse improperly to involve the Club in your ongoing dispute, including via litigation. [1] In addition, while the Club accepts that you are a busy professional, it is difficult to accept that you were unable to reach out to the Club at any time during litigation that has been pending for well over a year or otherwise attempt to mitigate the Club's involvement in the dispute.

In addition to affirming your expulsion from the Club, pursuant to the Club's Membership Plan, the Appeal Committee reaffirms the Club's determination that you are not entitled to any refund of your Membership Deposit.

Sincerely,

John J. Cowden, Jr.
General Manager

---

[1] *See* the following conditions in the Club Membership Plan:

**Separation and divorce.** In the event of separation, only the Member designated on the Membership Application will have the privileges of membership. In the case of divorce of a married Member, the membership shall belong to the spouse designated on the Membership Application as the Member unless otherwise provided by agreement between the parties or by court order. If the membership is awarded to the non-member spouse by settlement agreement or court order, the non-member spouse must apply and be approved for membership by the Club. In the event the non-member spouse is not approved for membership, the membership will be deemed resigned.

**The Club will not become involved in disputes.** The Club will not become involved in disputes regarding any membership in the Club. In the case of such disputes, the Club may (but will not be required to) at any time, at its discretion, suspend all of the privileges associated with the membership in question until the dispute is resolved and the Club receives evidence, satisfactory to it, of the resolution of the dispute. During the dispute, all dues and charges must continue to be paid. Failure to pay all dues and charges may result in forfeiture of the membership. The Club may require any evidence it deems necessary to determine eligibility for use privileges and may terminate the use privileges of any person in order to prevent abuses of the intent of this Membership Plan.

WESTMOOR000115