IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| REGEN HORCHOW, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No.: 1:25-cv-11008-WGY |
| THE WESTMOOR CLUB, LLC, | ) ) ) | |
| Defendant. | ) ) | |

**AFFIDAVIT OF MEGHAN E. HUGGAN, ESQ.
IN SUPPORT OF THE WESTMOOR CLUB, LLC'S OPPOSITION
TO PLAINTIFF'S PARTIAL MOTION FOR SUMMARY JUDGMENT**

I, Meghan E. Huggan, Esq., under oath do hereby depose and say:

1.     I am counsel for the Defendant The Westmoor Club, LLC (the "Club"). I submit this affidavit in support of the Club's Opposition to Plaintiff Regen Horchow's ("Plaintiff" or "Ms. Horchow") Partial Motion for Summary Judgment.

2.     Attached as Exhibit 16 is a true and accurate copy of excerpts from John Cowden's March 26, 2026 Deposition Transcript.

3.     Attached as Exhibit 17 is a true and accurate copy of excerpts from Graham Goldsmith's March 25, 2026 Deposition Transcript.

4.     Attached as Exhibit 18 is a true and accurate copy of excerpts from Katherine Goldsmith's May 29, 2024 Deposition Transcript.

5.     Attached as Exhibit 19 is a true and accurate copy of excerpts from Ms. Horchow's March 27, 2026 Deposition Transcript.

6.     Attached as Exhibit 20 is a true and accurate copy of a screenshot of Ms. Horchow's membership profile from the Club's online member portal.

1

7.      Attached as Exhibit 21 is a true and accurate copy of Plaintiff's Complaint

Exhibit 4.

8.      Attached as Exhibit 22 are excerpts from Dr. Jeffrey Fearon's ("Dr. Fearon")

December 11, 2024 Deposition Transcript that were produced by Plaintiff in discovery.

9.      Attached as Exhibit 23 is a true and accurate copy of a January 29, 2025 letter

from the Club to Dr. Fearon.

10.     Attached as Exhibit 24 are emails relating to bills from the Club that were

produced by Plaintiff in discovery.

Signed under the pains and penalties of perjury this 1st day of May, 2026.

> /s/ Meghan E. Huggan
> Meghan E. Huggan (BBO # 708122)
> TODD & WELD LLP
> One Federal Street, 27" Floor
> Boston, MA 02110
> (617) 720-2626
> mhuggan@toddweld.com

## CERTIFICATE OF SERVICE

I, Meghan E. Huggan, hereby certify that the foregoing Affidavit, together with the attached Exhibits, was served on all counsel through the ECF System and by email on May 1, 2026.

> /s/ Meghan E. Huggan
> Meghan E. Huggan