# **Exhibit 17**



## Transcript of J. Graham Goldsmith

**Date:** March 25, 2026
**Case:** Horchow -v- The Westmoor Club, LLC

**Planet Depos**
**Phone:** 888.433.3767
**Email:** transcripts@planetdepos.com
**www.planetdepos.com**

A   That's what it says, yes.

Q   So this states that a membership of the Westmoor Club can be held just by one person?

A   Yes.

Q   And when the club admits someone, they admit an individual; is that right?

A   Yes.

Q   So in the case of a married couple, the club admits only the applicant as the member?

MR. CHAPMAN:  Objection.

Go ahead.

A   The -- in this specific case, it was signed by the -- Mr. Fearon as the member and Regen signed as the spouse.  Mr. Goldsmith, I'm asking just about the membership policy that's in front of you.

When the Club admits someone, they admit the applicant as a member, not both people; is that right?

MR. CHAPMAN:  Objection.

You can answer.

A   I'm not sure what you're driving at, but if you look at the signature at the end, which I'm sure you've seen, Mr. Fearon signed as the member

and Regen signed as the spouse.

Q   Mr. Goldsmith, we'll look at the application together in just a moment.  I'm just asking you about the membership plan at this point.

And what this states in front of you is that the Club admits an individual; is that right?

A   An individual, yes.

Q   And based upon the previous provision we read together, membership is available only to someone who submits an application; is that right?

A   Yes.

Q   And the club admits whoever submits the application to the Westmoor Club if they choose to admit -- admits someone; is that right?

A   Yes.

Q   And then the Club may also allow guest privileges to the applicant's spouse; is that right?

A   Yes.

Q   And the applicant's other family members, such as their children?

A   And other family members.  You're kind of jumbled there.  Other family members can be used

wrote it.

Q   If you go down to the next page, please? And this first sentence, the first box on this page says "applicant" and then is listed "Fearon, Regen H."; is that right?

A   Yes.

Q   So based upon this first page of the application, the applicant is "Fearon, Regen"; is that right?

MR. CHAPMAN:   Object -- object --

A   That's the applicant, signed as a applicant.

Q   And then if you can go down four lines, it says "Spouse/Domestic Companion: Jeffrey"; is that right?

A   That's what it says.

Q   Remember we talked earlier that your membership plan states that a membership belongs to the listed as a member on the application, right?

A   Yeah.   Whoever signs it is our member, right.

Q   When we reviewed the membership plan together, it does not say whoever signed the

membership.  It says whoever was listed as the member?

     A  I did too.  I said whoever signed it as the applicant -- as the member, which was signed by Dr. Fearon.  And underneath, it was -- Regen signed as the spouse.  That's what I said.

     Q  In the membership plan, does it state that whoever signs the membership is the member -- is the member?

          MR. CHAPMAN:  Objection.

          Go ahead.

     A  I just told you, she -- he -- he signed it as -- as the member.  What don't you understand about that?

     Q  I could bring up the membership plan again if you'd like.  I'm asking about the provisions of your membership plan.

     A  What --

     Q  Do the -- does the membership --

     A  Why don't you roll down to the bottom.  Does it show on the bottom of this sheet who signed as the -- as the member?

     Q  We will look at that --

     A  You're showing me part of the document.

CERTIFICATE OF SHORTHAND REPORTER-NOTARY PUBLIC

I, Karisa Ekenseair, the officer before whom the foregoing deposition was taken, do hereby certify that the foregoing transcript is a true and correct record of the testimony given; that said testimony was taken by me stenographically and thereafter reduced to typewriting under my direction; that reading and signing was requested; and that I am neither counsel for, related to, nor employed by any of the parties to this case and have no interest, financial or otherwise, in its outcome.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my notarial seal this 1st day of April, 2026.

_____

Karisa Ekenseair, CCR, RPR RMR RDR