# **<u>Exhibit 18</u>**

CAUSE NO. DC-23-13481

REGEN HORCHOW,                    ) IN THE DISTRICT COURT
                                 )
     Plaintiff,                  )
                                 )
VS.                              ) DALLAS COUNTY, TEXAS
                                 )
THE WESTMOORE CLUB, LLC,         )
and JEFFREY FEARON,              )
                                 )
          Defendants.            ) 191ST JUDICIAL DISTRICT


-----------------------------------------------------
                  ORAL DEPOSITION OF
                  KATHERINE GOLDSMITH
                   MAY 29, 2024
                  (REPORTED REMOTELY)
-----------------------------------------------------


     ORAL DEPOSITION OF KATHERINE GOLDSMITH, produced as

a witness at the instance of the Plaintiff, and duly

sworn, was taken in the above-styled and numbered cause

on MAY 29, 2024, from 11:01 a.m. to 12:28 p.m., before

Jodi Goodman, CSR, RPR, CRR, CRC in and for the State of

Texas, reported by machine shorthand, via Zoom

Videoconference, pursuant to the Texas Rules of Civil

Procedure.

application with anyone at the Westmoore other than the attorneys?

A. Yes.

Q. Who have you discussed the application with?

A. The general manager.

Q. And that's John Cowden?

A. Yes.

Q. And when did you -- or when all have you discussed Regen's membership application with Mr. Cowden?

A. I don't recall the year. Several years ago when she was getting divorced and I answered her in an e-mail that I had reviewed it with the general manager.

Q. And what was the substance of your discussion with Mr. Cowden about Regen's application?

A. That it's the Westmoore's position whoever the applicant is is the member and in this case, it was Dr. Fearon who had signed it.

Q. And that was your -- was that your decision?

A. No, that's the club documents.

Q. Is that your opinion?

A. I go with whatever the club documents say.

Q. So you didn't have -- you didn't offer any advice to Mr. Cowden about whose membership this was?

A. No. Just said to go by -- by the law.

**Deposition of Kitty Goldsmith**                                    **5/29/2024**

That pursuant to information given to the deposition officer at the time said testimony was taken, the following includes counsel for all parties of record:

Ms. Miles, Attorney for the Plaintiff;

Mr. Parker, Attorney for the Defendants;

I further certify that I am neither counsel for, related to, nor employed by any of the parties or attorneys in the action in which this proceeding was taken, and further that I am not financially or otherwise interested in the outcome of the action.

Further certification requirements pursuant to Rule 203 of TRCP will be certified to after they have occurred.

Certified to by me this 31st day of May, 2024.

_____
JODI GOODMAN, CSR, RPR, CRR, CRC
Texas CSR No. 7033
Expiration:  10-31-24