# **<u>Exhibit 20</u>**

