# **Exhibit 21**

**From:** Regen Horchow
**To:** John Cowden
**Subject:** Re: Westmoor club
**Date:** Wednesday, July 13, 2022 1:42:13 PM

Thanks.  Kitty called me yesterday so I am hopeful that you and the board concur and will correct the clerical error.  I'll stay tuned.

> On Jul 13, 2022, at 11:01 AM, John Cowden <John.Cowden@thewestmoorclub.com> wrote:
>
> Ms. Horchow,
>
> Good afternoon. I will review this today. With our Board meeting this afternoon, I may not respond to this with my position until late today or tomorrow morning.
> Thank you for your patience.
>
> John
>
> **John J. Cowden, Jr.**
> **General Manager**
>
> **<image001.jpg>**
>
> The Westmoor Club
> 10 Westmoor Lane
> Nantucket, MA 02554
>
> Phone: 508.228.9494, ext. 127
> Fax: 508.228.4994
> www.thewestmoorclub.com

**From:** Regen Horchow <regenhorchow@gmail.com>
**Sent:** Monday, July 11, 2022 5:17 PM
**To:** John Cowden <John.Cowden@thewestmoorclub.com>
**Cc:** Kitty Goldsmith <kittygoldsmith@gmail.com>
**Subject:** Re: Westmoor club

John,

I respect Kitty and Graham's desire to stay out of this issue.  So, I'll address my concerns to you.  The issue is twofold.

1. The issue of who is primary on the membership has nothing to do with my divorce. Because my dad/I paid the initiation fee, I should have been made primary from the start.  The fact that someone at the club entered the data incorrectly shouldn't be my problem.  I do not understand why a simple change can't be made to correct the error.

You have a copy of the check which, I assume, establishes the primary membership.

2.  Someone on your staff in the business office told me that it was fine for Jeff and me to share a membership (given that we share a residence on the island and are not here at the same time).  Therefore, the membership was not addressed in our divorce decree.   Kitty indicated that sharing a membership is not allowed.  What is your position?

If I hadn't stumbled upon the primary membership clerical error, no one at the Club would have challenged our membership.  Given that our divorce decree is silent on this issue, a letter from the Club triggering the need for one of us to re-apply will, I am afraid,  create a legal battle that is unnecessary.  If you will delay an official notice and allow us to maintain the shared membership for another year, I believe that I can discuss the membership situation with Jeff, determine which of us will keep it and resolve the issue between us without a legal battle and without involving the club.

Would you please send me a copy of the check and let me know your thoughts on the above?

Many thanks,

Regen Horchow


On Jul 11, 2022, at 2:20 PM, Kitty Goldsmith <kittygoldsmith@gmail.com> wrote:

Hi Regen,
Thank you for your email.We just arrived on island over the weekend so haven't started mahjong myself either. Graham and I aren't involved in the day to day operations of the club… we leave that to our management team.I do know that the Membership Plan is specific about the membership being in one name and from what you are saying, the membership has been and is in your ex- husband's name.
It is also specific about the Club not being involved in divorces  or disputes.I have to respectfully decline to become involved in this situation and ask that you and Jeff handle this privately with your attorneys.Once you have come to an agreement you can let the Club know the outcome and who will continue with the membership and who will need to be removed from the membership.
I am sorry that this may not be the response you had hoped for but I am certain that you can understand my position.
I hope we can enjoy mahjong in August when you return to the island.
Best,Kitty

Sent from my iPad

Regen Horchow
██████ 3112
regenhorchow@gmail.com
████████████████████
Dallas, TX 75201


Regen Horchow
██████ 3112
regenhorchow@gmail.com
████████████████████
Dallas, TX 75201