# <u>Exhibit 22</u>

CAUSE NO. DF-19-21053

| | | |
|---|---|---|
| IN THE MATTER OF | ) | IN THE DISTRICT COURT |
| THE MARRIAGE OF | ) | |
| | ) | |
| R.H.F. | ) | 303rd JUDICIAL DISTRICT |
| AND | ) | |
| J.A.F. | ) | |
| | ) | |
| AND IN THE INTEREST OF | ) | |
| F.F. AND S.F., CHILDREN | ) | DALLAS COUNTY, TEXAS |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

ORAL AND VIDEOTAPED DEPOSITION OF
DR. JEFFREY FEARON
DECEMBER 11, 2024
VOLUME 1

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

ORAL AND VIDEOTAPED DEPOSITION OF DR. JEFFREY FEARON, produced as a witness at the instance of the Petitioner, and duly sworn, was taken in the above-styled and numbered cause on the 11th day of December, 2024, from 9:36 a.m. to 12:26 p.m., before Amanda Lewis-Sherlock, CSR, in and for the State of Texas, reported by machine shorthand method, at the law offices of Quilling, Selander, Lownds, Winslett & Moser, P.C., 2001 Bryan Street, Suite 1800, Dallas, Texas, pursuant to the Texas Rules of Civil Procedure and the provisions stated on the record or attached hereto.

have been made through the children, or through Regen indirectly to you?

A.   An offer for what?

Q.   That she could give her interest to the children, but you weren't going to.  I mean, have you offered that as a possible solution?

A.   Yes.

Q.   Have you done that in writing?

A.   Yes.  Twice.

Q.   All right.  I want to turn to the issues regarding the Westmoor Club.

How did you learn about the Westmoor Club?

A.   I don't remember.

Q.   What did you believe was the intention of the membership in the Westmoor Club?

A.   It would be a nice place for our family to enjoy while we were on-island.

Q.   How did the Westmoor Club interest get purchased?

A.   The initial -- I don't know what it's called -- fee or something for joining was given as a loan by her father to us and to Regen's sister's family.

Q.   You state that it was a loan.  Are there any loan documents that support that?

A.   Yes.

MR. HOFFMAN:  Objection, form.

Q.   (BY MS. O'NEIL)  Who filled out the application for the membership?

A.   Regen did.

Q.   Did you meet with anybody at the club regarding the application process?

A.   I don't recall.

Q.   What, if anything, did you do to assist in the application process?

A.   I did not assist.  I was off-island.

(Exhibit 16 marked.)

Q.   (BY MS. O'NEIL)  I'm going to show you Deposition Exhibit Number 16, and ask if you recognize that document?

A.   Yes.

Q.   Okay.  Is that the membership application packet or the application for the Westmoor Club?

A.   Yes.

Q.   On the second page of Exhibit 16, at the bottom, it lists two social references.

Who are those two social references?

A.   Stewart Thomas is an attorney that Regen has used in the past, and Michelle is her friend.  And David Phillips is one of my closest friends, and Jeanne was a

good friend of Regen's.

Q.  The application lists Regen as the applicant; does it not?

A.  She filled out the application, yes.

Q.  Okay.  It lists you as the spouse, correct?

A.  It lists me as the applicant.

Q.  It lists you as the spouse; does it not?

A.  I signed on the "Applicant."

Where do you see that?

Q.  On page 1, where I'm referencing you to, it lists you as the spouse; does it not?  At the top portion of the page where it lists Regen as the applicant, underneath it it lists you --

A.  Oh, yes, yes, yes.

Q.  -- as the spouse, correct?

A.  Yes, yes, yes, yes.

Q.  All right.  The check for the club membership came from the Roger Horchow trust; is that correct?

A.  Yes.

Q.  And Roger Horchow was Regen's father?

A.  Yes.

Q.  In the letter from the club, dated August 15th, 2004, the letter is addressed, "Dear Regen and Jeffrey," is that correct, with Regen's name first?

A.  Is that included in this packet?

Q.  (BY MS. O'NEIL)  Continuing to page 10 regarding the Westmoor Club.  In the second paragraph on page 10 -- as you indicated earlier, the second line of the second paragraph under 9, "Westmoor Club Membership" -- you state in this petition that you authorized your attorney to file, "The initial payment was made as a gift from Respondent's father," correct?

A.  Correct.  I see that.

Q.  And then later on in this, on page 11, you state about midway through page 11 that you are asking the court to confirm the Westmoor Club as your separate property.

Is that what you're asking this court to do?

A.  Yes.

Q.  On what basis do you believe the Westmoor Club should be confirmed as your separate property?

A.  The clubs were not -- we had three club memberships.  They were not included in the AID.  I believe I paid for the majority of these dues.  Regen got two clubs, the Meadowood and Nantucket Yacht Club. She's indicated she does not want the Westmoor Club.  I thought it was fair that I would take that.

Q.  Well, sir, to be technical about it, what's

(Recess from 12:16 to 12:22.)

VIDEOGRAPHER:  Going on the record at 12:22 p.m.

EXAMINATION

BY MR. HOFFMAN:

Q.  Dr. Fearon, I just have a few follow-up questions just to make sure the record is clear.  I want to start with the Westmoor Club.

In Petitioner's Exhibit 16, isn't it true that you signed the document as the applicant?

A.  Yes.

Q.  Throughout the course of your marriage, did Ms. Horchow's father give gifts directly to you?

A.  Yes.

Q.  The checks that are attached to Exhibit 16, are they written to Ms. Horchow?

A.  No.  They are written to the Westmoor Club directly.

Q.  To your knowledge, have you always been listed as the primary member of the Westmoor Club?

A.  Yes.

Q.  The payments that have gone to the Westmoor Club since the initial fees, is it your testimony that the majority of them came from your income?

A.  Yes.

Elite Deposition Technologies, Inc.

**Deposition of Dr. Jeffrey Fearon**                                                    12/11/2024

I further certify that I am neither counsel for, related to, nor employed by any of the parties or attorneys in the action in which this proceeding was taken, and further that I am not financially or otherwise interested in the outcome of the action.

Further certification requirements pursuant to Rule 203 of TRCP will be certified to after they have occurred.

Certified to by me on January 3, 2025.

_____
AMANDA LEWIS-SHERLOCK, TEXAS CSR #8396
Expiration Date:  February 28, 2026
Elite Deposition Technologies, Inc.
Firm Registration No. 10110
400 North St. Paul Street
Suite 1340
Dallas, Texas 75201
214.698.5199
www.EliteDeps.com

**Elite Deposition Technologies, Inc.**