IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| REGEN HORCHOW,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>THE WESTMOOR CLUB, LLC,<br><br>　　　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)　Civil Action No.: 1:25-Cv-11008-WGY<br>)<br>)<br>)<br>)<br>)<br>) |

## DECLARATION OF HAYLEY TRAHAN-LIPTAK

I, Hayley Trahan-Liptak, under penalty of perjury, declare as follows:

1.　　I am a partner at K&L Gates LLP, I represent Regen Horchow ("Ms. Horchow") in this matter.

2.　　I submit this declaration in support of Ms. Horchow's Opposition to the Westmoor Club's (the "Club") Motion for Summary Judgment.

3.　　A true and accurate copy of an excerpt of the deposition transcript of J. Graham Goldsmith dated March 25, 2026, is attached hereto as Ex. 1.

4.　　A true and accurate copy of the Club's March 13, 2026 Objections and Responses to Ms. Horchow's First Set of Interrogatories is attached hereto as Ex. 2.

5.　　A true and accurate copy of an excerpt of the deposition transcript of Ms. Horchow, dated March 27, 2026, is attached hereto as Ex. 3.

6.　　A true and accurate copy of an excerpt of the deposition transcript of John Cowden, Jr., dated March 26, 2026, is attached hereto as Ex. 4.

7.　　A true and accurate copy of an excerpt of the deposition transcript of Jeffrey Fearon,

dated December 12, 2024, is attached hereto as Ex. 5.

8.    A true and accurate copy of an excerpt of the deposition transcript of Kitty Goldsmith, dated May 29, 2024, is attached hereto as Ex. 6.

9.    A true and accurate copy of Ms. Horchow's petition filed against the Club in Texas state district court (the "Texas Action"), dated August 29, 2023, is attached hereto as Ex. 7.

10.    A true and accurate copy of the Club's special appearance in the Texas Action, filed on December 14, 2023, is attached hereto as Ex. 8.

11.    A true and accurate copy of Ms. Horchow's Notice of Partial Nonsuit Without Prejudice, filed in the Texas Action on April 11, 2025, is attached hereto as Ex. 9.

Signed under the pains and penalties of perjury this 1st day of May 2026.

*/s/ Hayley Trahan-Liptak*
Hayley Trahan-Liptak (BBO# 692412)

2

**<u>CERTIFICATE OF SERVICE</u>**

I, Hayley Trahan-Liptak, hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants on May 1, 2026.

*/s/ Hayley Trahan-Liptak*
Hayley Trahan-Liptak
