# Exhibit 1



## Planet Depos
### We Make It *Happen*™

# Transcript of J. Graham Goldsmith

**Date:** March 25, 2026
**Case:** Horchow -v- The Westmoor Club, LLC

**Planet Depos**
**Phone:** 888.433.3767
**Email:** transcripts@planetdepos.com
**www.planetdepos.com**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - x

REGEN HORCHOW,                          :

                    PLAINTIFF, :

V.                                      : CIVIL ACTION NO.

THE WESTMOOR CLUB, LLC,      : 1:25-CV-11008-WGY

                    DEFENDANT. :

- - - - - - - - - - - - - - X




              REMOTELY CONDUCTED DEPOSITION OF

                    J. GRAHAM GOLDSMITH

                   WEDNESDAY, MARCH 25, 2026

                        9:30 A.M. EST








  JOB NO.: 626204

  PAGES: 1 - 85

  REPORTED BY: KARISA EKENSEAIR, CCR RPR RMR RDR

DEPOSITION OF J. GRAHAM GOLDSMITH, CONDUCTED VIA ZOOM VIDEOCONFERENCE.

Pursuant to notice, before Karisa J. Ekenseair, Certified Shorthand Reporter in and for the States of Arkansas, Oklahoma, Missouri, Illinois, Tennessee, Georgia, New Mexico, Washington, and California; National Registered Professional Reporter; National Registered Merit Reporter; National Registered Diplomate Reporter; Notary Public.

A P P E A R A N C E S

ON BEHALF OF THE PLAINTIFF (VIA ZOOM):

    HAYLEY TRAHAN-LIPTAK, ESQUIRE

    CAYLA NYANTE-BROWN, ESQUIRE

    K&L GATES LLP

    ONE CONGRESS STREET, SUITE 2900

    BOSTON, MASSACHUSETTS 02114

    617-261-3100


ON BEHALF OF THE DEFENDANT (VIA ZOOM):

    TYLER E. CHAPMAN, ESQUIRE

    MEGHAN E. HUGGAN, ESQUIRE

    TODD & WELD, LLP

    ONE FEDERAL STREET

    BOSTON, MASSACHUSETTS 02110

    617-720-2626


ALSO PRESENT:

    JOHN COWDEN

    TY LAIRD, VIDEOGRAPHER

T A B L E   O F   C O N T E N T S

                                                    PAGE

STYLE AND NUMBER........................   1

APPEARANCES.............................   3


WITNESS:   J. GRAHAM GOLDSMITH

EXAMINATION BY MS. TRAHAN-LIPTAK......  6


CERTIFICATE OF REPORTER...............  85


                    EXHIBITS

                (ATTACHED TO TRANSCRIPT)

NUMBER             DESCRIPTION                      PAGE

EXHIBIT 1      MEMBERSHIP PLAN................ 24

EXHIBIT 2      2021 MEMBERSHIP DIRECTORY...... 50

EXHIBIT 3      MEMBERSHIP APPLICATION......... 54

EXHIBIT 4      EXPULSION LETTER DATED

               OCTOBER 10, 2024.............. 72

EXHIBIT 5      E-MAIL CHAIN, SUBJECT TWC

               COMMITTEE - DISCIPLINARY

               HEARING....................... 78

EXHIBIT 6      WESTMOOR CLUB LETTER DATED

               JANUARY 29, 2025.............. 81

P R O C E E D I N G S

THE REPORTER:  Good morning.  We are on the record.  Today's date is March 25, 2026.  The time is 9:30 a.m. Eastern time.

My name is Karisa Ekenseair.  I am a certified shorthand court reporter.  This is the deposition of J. Graham Goldsmith.

Will counsel please make a record of their appearances, starting with the noticing attorney please.

MS. TRAHAN-LIPTAK:  Yes.  Good morning. My name is Hayley Trahan-Liptak, and along with my colleague Cayla Nyante-Brown, we represent Plaintiff Regen Horchow.

MR. CHAPMAN:  Good morning.  This is Tyler Chapman.  I represent the Westmoor Club.

THE REPORTER:  Will counsel please stipulate that in lieu of formally swearing the witness, the reporter will instead ask the witness to acknowledge that their testimony will be true under penalties of perjury, that counsel will not object to the admissibility of the transcript based on proceeding in this way and that the witness has verified that they are, in fact, J.

GRAHAM GOLDSMITH, beginning with the noticing attorney, please?

MS. TRAHAN-LIPTAK:  No objection.

MR. CHAPMAN:  Yes.  So stipulated.

                    J. GRAHAM GOLDSMITH

of lawful age, being first duly sworn, deposes and says in reply to the questions propounded as follows:

MR. CHAPMAN:  And, I'm sorry, before we proceed, my colleague Meghan Huggan has now also joined.

MS. HUGGAN:  Good morning.

MR. CHAPMAN:  Yeah.  Thanks for turning the screen off.  Thanks, Meghan.

MS. TRAHAN-LIPTAK:  And at the same time, can we also note for the record the club representative, Tyler?

MR. CHAPMAN:  Yes.  John Cowden, who is not an attorney but works at the Westmoor Club, is here as well watching.

THE REPORTER:  I believe all appearances are noted, Counsel, so we can proceed.

MS. TRAHAN-LIPTAK:  Great.  We'll proceed.

                    EXAMINATION

BY MS. TRAHAN-LIPTAK:

Q  Good morning, Mr. Goldsmith.  Thank you for joining us today.  My name is Hayley Trahan-Liptak.  As I am sure you're aware, I represent the plaintiff here, Regen Horchow.

Before I begin, I'd just like to go through a couple housekeeping matters to make sure we all understand the rules of the road today.

As you know, this is a remote proceeding, so it's important that we take it slow.  We don't talk over each other so we can make sure the court reporter can get everything down and to make sure there is a clear record and transcript.

As part of that, I ask that whenever you answer a question, you answer it verbally and not with a shake of your head or a nod of your head so that the court reporter can make sure she transcribes that information.

Does that make sense?

A  Sure.

Q  At the end of the deposition today, we will receive a transcript in a couple days.  At that opportunity, you'll be -- at that time, you'll be given opportunity to review the

transcript and correct anything that may have been transcribed correctly -- incorrectly.

Does that make sense to you?

A  Yes.

Q  At any time today, if you need to take a break, please let us know and we're happy to take a break for any reason.  We just ask that you answer the question that's been posed to you at the time before doing so.

Just for clarity, during the deposition today I will be referring to the plaintiff, Regen Horchow, as either "Regen" or "Ms. Horchow."  Can we all agree that when I do that, I mean Regen Horchow and her former name was Ms. Regen Fearon.

Does that make sense to you?

A  Yes.

Q  Also be referring to "the membership" during the deposition today.  Just so we're all in agreement, when I refer to "the membership" or the "club membership," I'm referring to the membership that's at issue today subject to the complaint; and that's the membership filed on -- membership application filed on August 10th of 2004, and given the membership number F007.

Do you agree with that?

A  If that's what it said, yes.

Q  All right.  And then, finally, I'll be referring to the Westmoor Club as "the Westmoor" or "the Club."  And just so we're all understanding that that's what I'm referring to, is the Westmoor Club when I use those terms.

Do you agree with that too?

A  Yes.  We're talking about the Westmoor Club, yes.

Q  Correct.  Great.  So with that background out of the way, can you please state your full name and spell your last for the record?

A  John Graham Goldsmith.

Q  Where do you -- where do you reside, Mr. Goldsmith?

A  Well, I'm -- we are in Jupiter Island, Florida in the winter; Nantucket in the summer, and Stowe, Vermont in the summer also.  Okay.

Q  Great places.  Have you ever sat for a deposition before?

A  Only once, yeah.

Q  And what type of matter was that deposition for?

A   I heard a bunch of jumbled words.

Q   The club admits individuals member; is that right?

A   Yes.

Q   And the club admits a member after reviewing a membership application, right?

A   Yes.

Q   So let's look at this membership application.  The membership we're discussing here today is based upon this membership application; is that right?

A   Which -- which membership -- I'm looking at -- says Fearon at the top.  I don't really see what you're asking.

Q   The membership that is at issue today is based upon the membership application -- this membership application that was submitted to the Westmoor; is that fair to say?

A   Yeah.  Whoever signs it, yes.

Q   Okay.

A   That's the applicant -- that's the member.

Q   So the front page of this application states it is for "Fearon, Regen," right?

A   Somebody wrote that.  I don't know who