# Exhibit 5



**Deposition of:**   Dr. Jeffrey Fearon

**Case:**   ITMOTMO: R.H.F. and J.A.F. AND IN THE INTEREST OF F.F. AND S.F., CHILDREN

**Date:**   12/11/2024

**Prepared by:**

**Elite Deposition Technologies, Inc.**
**400 N. Saint Paul Street, Suite 1340**
**Dallas, TX 75201**
**866-896-2626**
**www.elitedeps.com**
**deps@elitedeps.com**

CAUSE NO. DF-19-21053

IN THE MATTER OF            ) IN THE DISTRICT COURT
THE MARRIAGE OF             )
                           )
R.H.F.                      ) 303rd JUDICIAL DISTRICT
AND                         )
J.A.F.                      )
                           )
AND IN THE INTEREST OF      )
F.F. AND S.F., CHILDREN     ) DALLAS COUNTY, TEXAS


************************************
ORAL AND VIDEOTAPED DEPOSITION OF
DR. JEFFREY FEARON
DECEMBER 11, 2024
VOLUME 1
************************************


ORAL AND VIDEOTAPED DEPOSITION OF DR. JEFFREY FEARON, produced as a witness at the instance of the Petitioner, and duly sworn, was taken in the above-styled and numbered cause on the 11th day of December, 2024, from 9:36 a.m. to 12:26 p.m., before Amanda Lewis-Sherlock, CSR, in and for the State of Texas, reported by machine shorthand method, at the law offices of Quilling, Selander, Lownds, Winslett & Moser, P.C., 2001 Bryan Street, Suite 1800, Dallas, Texas, pursuant to the Texas Rules of Civil Procedure and the provisions stated on the record or attached hereto.

Deposition of Dr. Jeffrey Fearon                                          12/11/2024

A P P E A R A N C E S


FOR THE PETITIONER:
        Ms. Michelle May O'Neil
        Ms. Ashley Cocklin
        O'NEIL WYSOCKI, PC
        1845 Woodall Rodgers Freeway
        Suite 1525, MB# 5
        Dallas, Texas  75201
        972.852.8000
        E-mail:  michelle@owlawyers.com
                 ashley@owlawyers.com


FOR THE RESPONDENT:
        Mr. David L. Hoffman
        QUILLING, SELANDER, LOWNDS, WINSLETT &
        MOSER, P.C.
        2001 Bryan Street
        Suite 1800
        Dallas, Texas  75201
        214.880.1840
        E-mail:  dhoffman@qslwm.com


ALSO PRESENT:
        Collin McCaskell, Videographer

Deposition of Dr. Jeffrey Fearon                                          12/11/2024

I N D E X

EXAMINATION                                                          PAGE

By Ms. O'Neil................................... 5
By Mr. Hoffman.................................103

Changes and Signature.........................107
Reporter's Certificate........................109

REQUESTED DOCUMENTS/INFORMATION

NUMBER                  DESCRIPTION                          PAGE

-- None --

CERTIFIED QUESTIONS

NUMBER                  DESCRIPTION                          PAGE

-- None --

Deposition of Dr. Jeffrey Fearon                                    12/11/2024

<pre>
                          EXHIBITS

NUMBER                DESCRIPTION                        PAGE

2          Agreement in Contemplation of Marriage....   9

3          Agreed Final Decree of Divorce............  42

4          Agreement Incident to Divorce.............  42

6          Motion to Enforce Agreed Final Decree of
           Divorce and Motion to Enforce Agreement
           Incident to Divorce and to Confirm
           Separate Property.........................  78

7          Responses to Rule 194 RFD................  75

9          Declaration of Trust.....................  19

10         Second Amended Schedule of Beneficial
           Interests of Green Acres Nominee Trust....  26

15         Payment History..........................  73

16         Westmoor Club Membership Application......  70

17         11/15/24 Proposal Letter.................  89
</pre>

Deposition of Dr. Jeffrey Fearon                                    12/11/2024

VIDEOGRAPHER:  Going on the record. Today's date is December 11th, 2024.  The time is 9:36 a.m.

The court reporter may now proceed.

COURT REPORTER:  Will you raise your right hand?

DR. JEFFREY FEARON,

having been first duly sworn, testified as follows:

MS. O'NEIL:  Just take it per the Rules?

MR. HOFFMAN:  Per the Rules.

EXAMINATION

BY MS. O'NEIL:

Q.  Would you state your name, please, for the record?

A.  Jeffrey Fearon.

Q.  And you are a doctor, so I will call you "Dr. Fearon."

Is that appropriate?

A.  You can call me whatever you want.

Q.  Well, how about I call you "Dr. Fearon"?

A.  Sure.

Q.  All right.  And you are appearing here today for a deposition; is that correct?

A.  Yes.

Q.  Have you ever given a deposition before?

A.  Yes.

Q.  And, just generally, not specifically, can you tell me when you have given a deposition before?

A.  It's been a while.

Q.  Okay.  Was that in connection with your family law cases, or was that in connection with some other case?

A.  I was an expert witness for a defense.

Q.  Okay.  And I assume that was in relation to your medical practice?

A.  It was.

Q.  All right.  So I assume, then, generally, you understand how this works; that I'm here to ask you questions, and you're here to answer questions, right?

A.  Yes.

Q.  And you understand that the court reporter here is taking down what we're talking about.  So it's our job, both, for me to ask you questions that she can take down, and that you have to answer them out loud so she can take down answers?

A.  I understand.

Q.  All right.  And that she can't really take down nonverbal communication, like "uh-huh" or "huh-uh," because they sound about the same when she writes them in her manner?

(Recess from 12:16 to 12:22.)

VIDEOGRAPHER:  Going on the record at 12:22 p.m.

EXAMINATION

BY MR. HOFFMAN:

Q.  Dr. Fearon, I just have a few follow-up questions just to make sure the record is clear.  I want to start with the Westmoor Club.

In Petitioner's Exhibit 16, isn't it true that you signed the document as the applicant?

A.  Yes.

Q.  Throughout the course of your marriage, did Ms. Horchow's father give gifts directly to you?

A.  Yes.

Q.  The checks that are attached to Exhibit 16, are they written to Ms. Horchow?

A.  No.  They are written to the Westmoor Club directly.

Q.  To your knowledge, have you always been listed as the primary member of the Westmoor Club?

A.  Yes.

Q.  The payments that have gone to the Westmoor Club since the initial fees, is it your testimony that the majority of them came from your income?

A.  Yes.