# Exhibit 6



**Deposition of:**    Kitty Goldsmith

**Case:**    Regen Horchow v. The Westmoore Club, LLC and Jeffrey Fearon

**Date:**    5/29/2024

**Prepared by:**

**Elite Deposition Technologies, Inc.**
**400 N. Saint Paul Street, Suite 1340**
**Dallas, TX 75201**
**866-896-2626**
**www.elitedeps.com**
**deps@elitedeps.com**

CAUSE NO. DC-23-13481

| REGEN HORCHOW, | ) IN THE DISTRICT COURT |
| | ) |
| Plaintiff, | ) |
| | ) |
| VS. | ) DALLAS COUNTY, TEXAS |
| | ) |
| THE WESTMOORE CLUB, LLC, | ) |
| and JEFFREY FEARON, | ) |
| | ) |
| Defendants. | ) 191ST JUDICIAL DISTRICT |

-------------------------------------------------------
ORAL DEPOSITION OF
KATHERINE GOLDSMITH
MAY 29, 2024
(REPORTED REMOTELY)
-------------------------------------------------------

ORAL DEPOSITION OF KATHERINE GOLDSMITH, produced as a witness at the instance of the Plaintiff, and duly sworn, was taken in the above-styled and numbered cause on MAY 29, 2024, from 11:01 a.m. to 12:28 p.m., before Jodi Goodman, CSR, RPR, CRR, CRC in and for the State of Texas, reported by machine shorthand, via Zoom Videoconference, pursuant to the Texas Rules of Civil Procedure.

A P P E A R A N C E S

FOR THE PLAINTIFF:
    Ms. Melissa Miles
    FRIEDMAN & FEIGER, LLP
    SBOT NO. 90001277
    17304 Preston road
    Suite 300
    Dallas, Texas   75252
    972-788-1400

FOR THE DEFENDANTS:
    Mr. Ross H. Parker
    MUNSCH HARDT KOPF & HARR, P.C.
    SBOT NO.   24007804
    500 N. Akard Street
    Suite 4000
    Dallas, Texas 75201
    214-855-7511

ALSO PRESENT:
     Ms. Regen Horchow

**5/29/2024**

INDEX

                                                                    PAGE

Appearances.................................... 2

KATHERINE GOLDSMITH
     Examination by Ms. Miles.................. 4

Signature and Changes.........................57
Reporter's Certificate........................59

Deposition of Kitty Goldsmith                                                                5/29/2024

P R O C E E D I N G S

MAY 29, 2024

(Deposition commenced at 11:01 a.m.)

THE REPORTER:  If you will raise your right hand for me, I'll swear you in.

(Witness sworn)

THE REPORTER:  Thank you, go ahead.

MR. PARKER:  You want appearances for the record?

THE REPORTER:  Sure, go ahead.

MR. PARKER:  I'm Ross Parker here on behalf of the witness, Ms. Kitty Goldsmith, as counsel for the Westmoore Club, LLC, and this deposition is being given subject to the special appearance filed by The Westmoore Club and pursuant to the order entered by Judge Tillery on April 1st, 2024, regarding special appearance and a hearing on same.

MS. MILES:  Good morning.  Melissa Miles. I'm here on behalf of the Plaintiff, Regen Horchow, and my client, Regen Horchow, is also attending the deposition.

Are we ready?

THE REPORTER:  I'm ready.

MS. MILES:  Great.

KATHERINE GOLDSMITH,

**Deposition of Kitty Goldsmith**                                    **5/29/2024**

having been first duly sworn, testified as follows:

                              EXAMINATION

BY MS. MILES:

    Q.   Ms. Goldsmith, you -- you heard me introduce myself.  My name is Melissa Miles and I'm representing Regen Horchow in this matter.  Appreciate you being here this morning.  Can you please state and spell your full legal name for the court reporter?

    A.   Katherine, K-A-T-H-E-R-I-N-E, Goldsmith, G-O-L-D-S-M-I-T-H.

    Q.   And what is your -- the address of your primary residence, Ms. Goldsmith?

    A.   Primary residence is 201 Grenville Road, Hobe Sound, Florida, 33455.

    Q.   And do you maintain a residence in Nantucket?

    A.   Yes.

    Q.   And what's the address of your residence in Nantucket?

    A.   86 Pocomo, P-O-C-O-M-O, Road, Nantucket.

    Q.   And do you have an e-mail address, Ms. Goldsmith?

    A.   Yeah, it's kittygoldsmith@gmail.

    Q.   And do you have a cell phone number, Ms. Goldsmith?

    A.   508-680-6748.

Q.  (BY MS. MILES)  Oh, you don't know?

A.  No.

Q.  Is it that you can't read the word Regenh@aol.com?

A.  I don't know that it's her e-mail.  I don't know that it's her e-mail.

Q.  Does it look -- so that e-mail looks more to you like it would belong to Jeff Fearon.  Is that your testimony?

MR. PARKER:  Objection; form.

Q.  (BY MS. MILES)  Ms. Goldsmith, is that your testimony?

A.  I don't know if that's her e-mail or not is my testimony.

Q.  Would you agree with me that common sense -- that if one uses common sense, the e-mail address given as the applicant's e-mail address would appear to belong to Regen versus --

A.  Yes.

Q.  -- Jeff?

A.  Common sense, yes.  But I don't know it for a fact.

Q.  Well, would you agree with me that if you look at the membership application where the applicant is listed as Regen Fearon, the common sense would tell you

that Regen Fearon was the applicant.  True?

A.  Yes.

Q.  And if one checks the references in this membership application, and you learn that Jeff Horchow -- or I'm sorry -- Jeff Fearon was not and had never been a member at Nantucket Yacht Club, what is common sense -- what does common sense tell you about whose application this is?

MR. PARKER:  Objection; form.

Q.  (BY MS. MILES)  You can answer.

A.  Her name is the applicant.

Q.  It tells you that it's Regen -- it tells you that it's Regen's application.  True?

MR. PARKER:  Objection; form.

Q.  (BY MS. MILES)  True, Ms. Goldsmith?

A.  Yes.

Q.  Yes.

A.  It's her name on the application, but it's up to the -- the lawyers who do all the club documents to determine whose membership it is.  Not --

Q.  So the lawyers -- do lawyers decide who is admitted for membership?  Is that the lawyers' decision?

A.  No.

Q.  You told me early on in this deposition that it was a process of you and your husband and Peter Hicks