# Exhibit 9

**NOTICE: THIS DOCUMENT
CONTAINS SENSITIVE DATA**

## NO. <u>DF-19-21053</u>

| | | |
|---|---|---|
| **IN THE MATTER OF** | § | **IN THE DISTRICT COURT** |
| **THE MARRIAGE OF** | § | |
| | § | |
| **R.H.F.** | § | |
| **AND** | § | **303rd JUDICIAL DISTRICT** |
| **J.A.F.** | § | |
| | § | |
| **AND IN THE INTEREST OF** | § | |
| **F.F. AND S.F., CHILDREN** | § | **DALLAS COUNTY, TEXAS** |

## REGEN HORCHOW'S NOTICE OF PARTIAL NONSUIT WITHOUT PREJUDICE

COMES NOW, Regen Horchow, Petitioner in the above-entitled and numbered cause, and respectfully files and submits this *Notice of Partial Nonsuit without Prejudice* as follows:

### I.

Regen Horchow filed a lawsuit against The Westmoor Club, LLC, and Jeffrey Fearon, originally having Cause No. DC-23-13481 in the 134th District Court of Dallas County, Texas, and which was subsequently transferred and consolidated into the above-entitled and numbered cause on or about September 18, 2024.

### II.

Petitioner Regen Horchow hereby nonsuits without prejudice to the refiling of same any and all claims asserted by Petitioner Regen Horchow against The Westmoor Club, LLC, in the above-entitled and numbered cause.

WHEREFORE, Petitioner Regen Horchow respectfully requests the Court enter an *Order of Partial Nonsuit without Prejudice* in the above-entitled and numbered cause as to Petitioner's claims against Defendant The Westmoor Club, LLC, and for further relief as appropriate.

Respectfully submitted,

**SULLIVAN & COOK, LLC**

　　　*/s/ Jeff Cook*
Jeff Cook
State Bar No.: 04734495
jcook@sullivancook.com
William Cook
State Bar No.: 24125182
wcook@sullivancook.com
Ethan Scroggins
State Bar No. 24137185
escroggins@sullivancook.com
600 E. Las Colinas Blvd., Suite 1300
Irving, Texas 75039
Telephone: (214) 520-7494
Facsimile: (214) 528-6925

**ATTORNEYS FOR PETITIONER, REGEN HORCHOW**

## Certificate of Service

I certify that a true copy of this document was served in accordance with Rule 21a of the Texas Rules of Civil Procedure on April 11, 2025.

　　　/s/ Jeff Cook
**JEFF COOK**
Attorney for REGEN HORCHOW