IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| REGEN HORCHOW, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No.: 1:25-cv-11008-WGY |
| | ) | |
| THE WESTMOOR CLUB, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## THE WESTMOOR CLUB, LLC'S PRETRIAL DISCLOSURES

Defendant The Westmoor Club, LLC (the "Club") provides the following Pre-Trial Disclosures in accordance with Fed. R. Civ. P. 26(a)(3) and Local Rule 16.5(c). The Club hereby reserves the right to supplement and amend these disclosures. By making these disclosures, the Club does not waive its right to challenge the competency, relevancy, materiality, and admissibility of, or to object on any grounds to the use of, any of the documents at the trial of this action or any other action or proceeding whether now pending or subsequently commenced.

**(i) The name and, if not previously provided, the address and telephone number of each witness—separately identifying those the party expects to present and those it may call if the need arises.**

As the trial is going forward on a case stated basis, the Club understands that no live testimony will be permitted.

**(ii) The designation of those witnesses whose testimony the party expects to present by deposition and, if not taken stenographically, a transcript of the pertinent parts of the deposition.**

The Club does not anticipate designating any witnesses to testify by deposition.

1

**(iii) An identification of each document or other exhibit, including summaries of other evidence—separately identifying those items the party expects to offer and those it may offer if the need arises.**

| Exh. # | Description | Starting Bates Number/ Exhibit Number | Expects/May Offer |
|---|---|---|---|
| 1 | Membership Application | Plaintiff's Complaint Exhibit 1 at Page 2-5 of 11. | Expects to offer |
| 2 | Emails relating to primary membership | Plaintiff's Complaint Exhibit 5 | May offer |
| 3 | Club's August 15, 2004 Letter of Admission | Plaintiff's Complaint Exhibit 1 at Page 10 of 11 | Expects to offer |
| 4 | Billing statements from the Club for Account No. F007 | WESTMOOR000028-WESTMOOR000037 | May offer |
| 5 | Emails relating to bills from the Club | HORCHOW_0304; HORCHOW_0309 | May offer |
| 6 | Excerpts from Dr. Jeffrey Fearon's December 11, 2024 Deposition Transcript | HORCHOW_0390-0391; HORCHOW_0466-0467; HORCHOW_0491-0493 | May offer |
| 7 | Screenshot of Plaintiff's membership profile from the Club's online member portal | WESTMOOR000121 | Expects to offer |
| 8 | Email between Plaintiff and Dr. Jeffrey Fearon | HORCHOW_309 | May offer |
| 9 | Membership Plan | Plaintiff's Complaint Exhibit 2 | Expects to offer |
| 10 | April 6, 2021 Emails between Plaintiff and the Club | Plaintiff's Complaint Exhibit 3 | Expects to offer |
| 11 | Emails between Plaintiff and the Club | HORCHOW_0002-0003; HORCHOW_0302; HORCHOW_0374; HORCHOW_0376; HORCHOW_0380; HORCHOW_0384; HORCHOW_0388-0389 | Expects to offer |
| 12 | July 2022 Emails between Plaintiff and the Club | Plaintiff's Complaint Exhibit 4 | Expects to offer |
| 13 | July 12, 2023 Letter from Dr. Jeffrey Fearon to the Club | HORCHOW_0294-0295 | Expects to offer |

| 14 | July 17, 2023 Letter from Plaintiff to the Club | HORCHOW_0364-0368 | May offer |
|----|---|---|---|
| 15 | July 20, 2023 Letter from the Club to Plaintiff | HORCHOW_0307-0308 | May offer |
| 16 | Plaintiff's Texas Action Petition | HORCHOW_0224-0237 | May offer |
| 17 | October 10, 2024 Letter from the Club to Plaintiff and Dr. Jeffrey Fearon | Plaintiff's Complaint Exhibit 7 | Expects to offer |
| 18 | January 29, 2025 Letter from the Club Appeal Committee to Plaintiff | HORCHOW_0293 | Expects to offer |
| 19 | January 29, 2025 Letter from the Club Appeal Committee to Dr. Jeffrey Fearon | WESTMOOR000115 | Expects to offer |

The Club reserves the right to designate additional exhibits prior and agrees to work with

the Plaintiff to develop an agreed upon list of exhibits prior to trial.

Respectfully submitted,

**THE WESTMOOR CLUB, LLC**

By its attorneys,

*/s/ Meghan E. Huggan*
Tyler E. Chapman (BBO # 637852)
Meghan E. Huggan (BBO # 708122)
TODD & WELD LLP
One Federal Street, 27" Floor
Boston, MA 02110
(617) 720-2626
tchapman@toddweld.com
Dated: May 26, 2026             mhuggan@toddweld.com

### CERTIFICATE OF SERVICE

I, Meghan E. Huggan, hereby certify that this document has been filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on May 26, 2026.

*/s/ Meghan E. Huggan*
Meghan E. Huggan

3